FILED

2003 NOV -4  P 12: 19

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 3, 2003 |

### APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in their official capacity only in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 3rd day of November, 2003.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 3rd day of November, 2003:

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

_____
Lynn D. Wittenbrink
Assistant Attorney General