UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Duane Ziemba

v.

John Armstrong, et al

PRISONER
:DOCKET NO. 3:02cv2216(DJS)(TPS)

:

:

FILED
2003 DEC -3 A 10: 55
US DISTRICT COURT
HARTFORD CT

## FIRST SCHEDULING ORDER

The plaintiff has filed this Section 1983 complaint against the defendant(s). The first appearance in this action was filed on 11/4/03.

Preparation for trial should proceed at this time on claims in the complaint which have not been dismissed or withdrawn. **All discovery and further proceedings in this case are limited to this claim/these claims**.

Pursuant to Rule 16(c) of the Federal Rules of Civil Procedure, it is hereby ORDERED:

1. Defendant shall file any motions to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motions to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer or other reply within 60 days of the date on which the appearance was filed. **Failure to respond to the complaint in a timely manner will result in the entry of default for failure to plead.**

2. If either party determines that an early settlement conference would be beneficial in this case, he shall file a motion seeking a settlement conference within 90 days of the date on which the appearance was filed.

3. Discovery pursuant to the Federal Rules of Civil Procedure, Rules 26 through 37, shall be completed within six months (180 days) of the date on which the appearance was filed. Discovery requests need not be filed with the court.

4. All motions for summary judgment shall be filed within seven months (210 days) of the date on which the appearance was filed.

5. Pursuant to Local Civil Rule 9(a), a non-moving party must respond to a dispositive motion within 21 days of the date the motion was filed. If no response is filed, or the response is not timely, the dispositive motion can be granted absent objection. If the motion is granted, the complaint will be dismissed as to all defendants, appearing and non-appearing and the case will be closed. The case will **not** proceed to trial.

SO ORDERED this 2nd day of December, 2003, at Hartford.

_____
U.S. Magistrate Judge