United States District Court
District of Connecticut

FILED
2003 DEC 12 P 4: 55

Duane Ziemba

Civil Action No.
3:02 cv 2216 (DJS)(TPS)

Vs.

John Armstrong, et al.          December 10, 2003

## Motion For Preliminary Injunction And/Or Temporary Restraining Order

The plaintiff respectfully moves this honorable Court to grant him a preliminary injunction and/or temporary restraining order against the defendants and their agents, ordering them to provide the plaintiff adequate stationery, legal envelopes, and legal copies for the plaintiff's right of access to the courts. And to enjoin the defendants from their blatant, harmful, retaliation against the plaintiff due to his litigation.

A memorandum of law in support is accompanying this motion.

Oral Argument Is Requested

Respectfully submitted

*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of December, 2003:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#2