United States District Court
District Of Connecticut

FILED
2004 JAN 27 P 4:17
US DISTRICT COURT
BRIDGEPORT CT

Duane Zienba

vs.

John Armstrong, et al.

Civil Action No.
3:02 cv 2216 (DJS)(TPS)

January 22, 2004

## Objection To Appearance Filed By Counsel For The Defendants

By motion dated November 3, 2003, an attorney Wittenbrink file an appearance on behalf of all defendants in their official capacity only. This appearance should be stricken for the following facts:
The plaintiff does not sue the defendants in their official capacity. Therefore the defendants are not officially represented by attorney Wittenbrink and/or any attorney until an appearance is filed in their individual capacity.

Wherefore, the appearance filed in the defendants official capacity should be stricken.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 22nd day of January 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#2