<u>United States District Court</u> FILED
<u>District Of Connecticut</u>

2004 JAN 27 P 4: 17

U.S. DISTRICT COURT
BRIDGEPORT CT

Duane Ziemba

Civil Action No.
3:02 cv 2216 (DJS)(TPS)

Vs.

John Armstrong, et al.          January 22, 2004

<u>Default Against Defendants</u>

It appearing that the defendants herein have
failed to plead or otherwise defend as required
by law, default should be entered against the
defendants.

By order of the court dated December 2, 2003, it
was ordered that the defendants shall file any
motions to dismiss, or answer or other reply
within 60 days of the date on which the
appearance was filed. (The appearance was filed
on 11/3/03.)

Wherefore, due to the defendants defying the
order by the court, entry of default should
ensue.

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of the foregoing was mailed on this 22nd day of January 2004 to the following:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

#2