FILED

2004 JAN 28 P 1:43

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUANE ZIEMBA | : PRISONER |
| | : NO. 3:02CV2216(DJS)(TPS) |
| VS. | : |
| | : |
| JOHN J. ARMSTRONG, ET AL. | : JANUARY 27, 2004 |

### APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in their individual capacity in addition to any Appearances already on file in regards to the above-entitled matter

Dated at Hartford, Connecticut, this 27th day of January, 2004.

DEFENDANTS,
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 27th day of January, 2004:

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

*Lynn D. Wittenbrink*
Lynn D. Wittenbrink
Assistant Attorney General