UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Duane Ziemba | : |
| | : PRISONER |
| | 3:02CV2216(DJS) |
| v. | : |
| John Armstrong, et al | : February 4, 2004 |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including March 5, 2004 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to plead that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
John Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 4th day of February 2004:

Duane Ziemba
Inmate 128963
Northern Correctional Institution
P. O. Box 665
Somers, CT 06071

_____
Lynn D. Wittenbrink
Assistant Attorney General

2