

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Duane Ziemba | : PRISONER |
| | : 3:02CV2216(DJS) |
| v. | : |
| John Armstrong, et al | : February 4, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including March 5, 2004 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to plead that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk