FILED

2004 FEB -9 A 11: 50

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV2216(DJS) |
| v. | : | |
| John Armstrong, et al | : | February 5, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY AND REQUESTS FOR ADMISSIONS

The defendants in the above-captioned matter hereby respectfully move for an additional 60 days, up to and including April 7, 2004 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to respond to discovery that has been filed in this case. The plaintiff, who has numerous cases against correctional defendants, has filed in this and other cases voluminous discovery requests and Requests for Admissions, many of which are duplicative. The undersigned counsel requires time to sort out these voluminous requests;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
John Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 5th day of February 2004:

Duane Ziemba
Inmate 128963
Northern Correctional Institution
P. O. Box 665
Somers, CT 06071


_____
Lynn D. Wittenbrink
Assistant Attorney General

2