<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2004 FEB 12 P 4:19
US DISTRICT...

Duane Ziemba | Civil Action No.
| 3:02 cv 2216 (DJS)(TPS)
vs. |
|
John Armstrong, et al. | February 10, 2004

<u>Motion For A Stay Of</u>
<u>Discovery Order</u>

   The plaintiff hereby moves for a stay of the December 2, 2003 discovery scheduling order for the following reasons:

   1. By "first scheduling order" dated December 2, 2003, it was ordered that the discovery in this case shall be completed within six months (180 days).

   2. Due to the defendant's and their agent's have unlawfully denied the plaintiff stationery, legal envelopes and legal copies (see Motion for preliminary injunction and/or temporary restraining order filed herein) — the plaintiff

has not been able to file the essential discovery in this case. Note: The plaintiff has served on the defendants a small portion of discovery requests.

3. Counsel for the defendants has filed a motion for extension of time within which to respond to discovery and requests for admissions (by motion dated 2/5/04) seeking a 60 day extension of time.

4. The defendant's motion for extension of time — is extremely prejudicial to plaintiff, as it will run plaintiff's discovery time out and preclude the filing of the essential discovery in this case. Therefore the plaintiff respectfully requests a stay of the discovery order.

Wherefore, for the foregoing reasons this honorable Court should grant a stay of the discovery order <u>up until</u> the date that the defendants respond to plaintiff's pending served discovery.

#2

Respectfully Submitted

Duane Ziemba
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

Certification

I hereby certify that a copy of foregoing was mailed to the following on this 10th day of February 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06071

By: Duane Ziemba
Duane Ziemba

#3