United States District Court
District Of Connecticut

FILED
2004 MAR -2 P 4: 30
US DISTRICT COURT
BRIDGEPORT CT

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action
3:02 cv 2216 (DJS)(TPS)

February 27, 2004

## Objection To Defendants' Motion For Extension Of Time To Respond To Discovery And Request For Admissions

Plaintiff hereby respectfully objects to the defendants' February 5, 2004 motion for extension of time to respond to discovery and request for admissions, the defendants' motion should be denied for the following reasons:

1. Defendants seek a 60 day extension of time up to April 7, 2004 which to respond to the plaintiff's discovery and request for admissions. A 60 day extension of time is highly unreasonable and should be denied.

2. The defendants have blatantly failed and

refused to cooperate with the discovery provisions in this case. And their 60 day motion for extension of time is further proof that they are in bad faith circumventing these proceeding.

Wherefore, the defendants' motion seeking 60 day extension of time should be denied.

Respectfully Submitted
*Duane Ziemba*
Duane Ziemba #128963
Northern CI. Box 665
Somers, CT. 06105

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of February 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba