<u>United State District Court</u>
<u>District Of Connecticut</u>

**FILED**
2004 MAR 18 P 4:12
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Duane Ziemba

vs.

John Armstrong, et al.

Civil Action
3:02 cv 2216 (DJS)(TPS)

March 16, 2004

<u>Motion For Default Against
All Defendants'</u>

The plaintiff hereby respectfully moves this honorable Court to enter a default judgment against all defendants', for the following stated reasons:

1. The defendants' have utterly failed and refused to plead or otherwise defend as required by law. They are therefore in default.

2. By order of the Court dated December 2, 2003 -- this Court ordered: "for the defendants' to file any motions to dismiss, or answer or other reply within 60 days

of the date on which the appearance was filed - - (the appearance was filed on November 3, 2003). The defendants' are in default for blatantly defying this order by the Court.

3. By motion dated February 4, 2004 - - the defendants' moved for a 30 day extension of time to file responsive pleading, up to March, 5, 2004. However, it is now March 16, 2004 and the defendants' have not filed any responsive pleading.

Wherefore, the defendants' are in default and a default judgment should be entered against the defendants'.

Respectfully Submitted
Duane Ziemba
Duane Ziemba #128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

### Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of March 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba