UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL | : | MARCH 19, 2004 |

## MOTION TO STRIKE

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter hereby move to strike paragraphs 47, 48, and 51[1] from the operative complaint in the above-captioned matter, an Amended Complaint dated April 29, 2003.

These paragraphs have absolutely nothing to do with the causes of action made by the plaintiff in this matter, and are intended solely to be scandalous and to harass and annoy the defendant John Armstrong. According to the language of Rule 12(f), this "immaterial, impertinent, [and] scandalous" matter should be stricken from the Amended Complaint, and the plaintiff ordered to file a Second Amended Complaint without this offensive and irrelevant material contained therein.

---

[1]   Rather than repeat the outrageous language employed by the plaintiff in this pleading, the defendants respectfully refer the court to the Amended Complaint dated April 29, 2003, paragraphs 47, 48 and 51.

        DEFENDANTS
John Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 19th day of March 2004:

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
287 Bilton Road, P O Box 665
Somers, CT  06071


    /s/_____
Lynn D. Wittenbrink
Assistant Attorney General