UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | APRIL 2, 2004 |

## MOTION FOR EXTENSION OF TIME

One defendant in the above-captioned matter, John Armstrong, respectfully moves for an indefinite extension of time within which to respond to all of the plaintiff's discovery requests and Request for Admissions in the above-captioned matter as he is currently out of the country and is not expected to return for several months. The plaintiff has issued discovery against the other 11 defendants in this matter which will be responded to in the near future and which address the allegations of plaintiff's complaint as the defendant John Armstrong is named as a defendant largely due to his former position within the State of Connecticut.

This is the third motion for an extension of time within which to file a response to the plaintiff's discovery that has been filed on behalf of the defendant Armstrong. Due to his incarceration, the plaintiff has not been consulted to determine his position with regard to this motion.

DEFENDANT,
John Armstrong

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: /s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 2nd day of April, 2004:

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

/s/_____
Lynn D. Wittenbrink
Assistant Attorney General