UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Duane Ziemba                              :        PRISONER
                                                   3:02CV2216(DJS)(TPS)
   v.                                     :

John Armstrong, et al                              APRIL 12, 2004

### MOTION FOR EXTENSION OF TIME TO
### FILE RESPONSE TO SECOND ROUND OF DISCOVERY

The defendants in the above-captioned matter hereby respectfully move responses to plaintiff's second round of discovery requests dated March 9, 2004. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to respond to these interrogatories that has been filed in this case. In addition, the defendants have already provided the following discovery to the plaintiff in this matter:

    a)   The defendant Patricia Wollenhaupt has responded to the plaintiff's March 9, 2004 discovery requests directed against her.

    b)   The defendant Tokarz has responded to plaintiff's March 9, 2004 discovery directed against him.

    c)   The defendant Larry Myers has responded to Request for Admissions directed to him;

    d)   The defendant Tokarz has responded to Request for Admissions directed towards him;

    e)   The defendant Wollenhaupt has responded to Request for Admissions directed towards her;

    f)    The defendant Lajoie has responded to discovery requests directed towards him;

    g)    The defendant Whidden has responded to discovery requests directed towards him;

    h)    The defendant Coates has already responded to discovery requests directed towards him; and

    i)    The defendant John Armstrong has responded to Request for Admissions directed towards him.

Thus, it is clear that defendants have not been neglecting discovery in this matter, but the plaintiff issues voluminous discovery requests.

    2.    Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

    3.    Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
Dr. E. Blanchette

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   /s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 12th day of April 2004:

Duane Ziemba # 128963
Northern Correctional Institution
PO BOX 665
Somers, CT  06071

                                                      /s/
                                                    Lynn D. Wittenbrink
                                                    Assistant Attorney General

No. 003892985