United States District Court
District Of Connecticut

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*
*April 16, 2004*
*Kevin F. Rowe, Clerk*
*By: Mary E. Larsen*
*Deputy Clerk*

| | |
|---|---|
| Duane Ziemba | Civil Action No. 3:02 cv 2216 (DJS)(TPS) |
| Vs. | |
| John Armstrong, et al. | April 14, 2004 |

## Objection To Defendant Armstrong's Indefinite Motion For Extension Of Time

By motion dated April 2, 2004 defendant John Armstrong has moved for an indefinite extension of time which to respond to all of the plaintiff's discovery. The plaintiff hereby strenuously opposes defendant Armstrong's motion. An indefinite request for extension of time is outrageous. Legally it is irrelevant that this defendant may be out of the country. As a matter of law this does not entitle him to an indefinite extension of time.

Wherefore, defendant Armstrong should be

ordered to timely respond to the plaintiff's discovery or default entered against him.

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba # 128963
Northern C.I.
P.O. Box 665
Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day of April 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba