United States District Court
District Of Connecticut

FILED
2004 APR 29 P 2:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Duane Ziemba | Civil Action No. 3:02 cv 2216 (DJS)(TPS) |
| vs. | |
| John Armstrong, et al. | April 26, 2004 |

## Objection To Defendants' Unspecified Motion For Extension Of Time To File Response To Second Round Of Discovery

The plaintiff hereby respectfully objects to the defendants Motion for extension of time to file response to second round of discovery dated April 12, 2004, for the following reasons the defendants' motion should be denied:

1. The defendants' motion fails to state a specific request for an extension of time, and therefore must be denied.

2. This Court pursuant to Fed.R.Civ.P., Rules 26 through 37 has provided the parties six months (180 days) to file and complete the

discovery in this case. However, the defendants' to circumvent the discovery proceeding they have unjustly alleged that plaintiff has filed voluminous discovery requests, and therefore they refuse to respond to the plaintiff's essential discovery. The plaintiff has, in fact, only filed a very small amount of discovery.
The defendants' are intentionally failing to cooperate with the discovery proceedings, to circumvent the essential evidence in this case.

    Wherefore, for all of the foregoing reasons the defendants motion requesting an extension of time should be denied.

                    The Plaintiff
                    Respectfully Submitted
                    *Duane Ziemba*
                    Duane Ziemba #128963
                    Northern C.I.
                    P.O. Box 665
                    Somers, CT. 06071

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 26th day of April 2004:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. ~~06071~~ 06105

By: *Duane Ziemba*
Duane Ziemba

#3