UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV2216(DJS)(TPS) |
| v. | : | |
| John Armstrong, et al | : | May 17, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

While the defendants have provided numerous responses to plaintiff's unlimited discovery requests, the plaintiff promulgated additional discovery requests on or about May 2, 2004, mailing them on May 5, 2004. They were received by the Office of the Attorney General on May 6, 2004. However, because the plaintiff in this matter has so many cases pending in this office with so many different Assistant Attorneys General, the plaintiff's discovery request dated May 2, 2004 was directed to a different Assistant Attorney General than the undersigned counsel, who is handling this matter. The undersigned counsel only just received the discovery. Accordingly, and because the undersigned counsel is extremely busy with numerous matters, the defendants request an additional 30 days to respond to, object to or otherwise address the plaintiff's most recent discovery dated May 2, 2004, up to and including June 16, 2004. In support of this motion, the defendants represent as follows:

1. This is the first motion for an extension of time as to plaintiff's May 2, 2004 request; and

2. Due to his incarceration, the plaintiff has not been consulted with in order to determine his position with regard to this motion.

DEFENDANTS
John Armstrong et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591