UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Duane Ziemba

V.                              Case Number: 3:02cv2216(DJS)

John Armstrong, et al

**ORDER**

Doc. #31  Motion for extension of time until **6/16/04** to respond to Discovery **ORDERED ACCORDINGLY**.


Dated at Bridgeport, Connecticut, May 19, 2004.

KEVIN F. ROWE, CLERK

By: _/s/_____
    Maria I. Corriette
    Deputy Clerk