UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV2216(DJS)(TPS) |
| v. | : | |
| John Armstrong, et al | : | AUGUST 2, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO REMAINING DISCOVERY

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including September 1, 2004, within which to provide the plaintiff with the remainder of discovery outstanding as of this date..  In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to comply with the Court's discovery deadline of July 1, 2004 that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult.  The plaintiff issues discovery to the various defendants in the form, alternatively, of Request for Admissions and Interrogatories, often more than one set of each.  Since the Court's order of July 1, 2004, the defendants, through counsel, have provided the plaintiff with responses to more than half a dozen Request for Admissions and/or Interrogatories by the parties.  Several remain outstanding.  In order that the undersigned counsel can spend time on this as well as other matters, additional time is necessary to respond to any discovery currently remaining, which includes several sets of discovery the plaintiff has issued since the Court's ruling in this matter; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                                DEFENDANTS
                                John Armstrong, et al

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL


                        BY:     _____/s/_____
                                Lynn D. Wittenbrink
                                Assistant Attorney General
                                110 Sherman Street
                                Hartford, CT  06105
                                Federal Bar #ct08575
                                lynn.wittenbrink@po.state.ct.us
                                Tel: (860) 808-5450
                                Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 2d day of August 2004:

   Duane Ziemba
Inmate 128963
Northern Correctional Institution
P. O. Box 665
Somers, CT 06071

                                _____/s/_____
                                Lynn D. Wittenbrink
                                Assistant Attorney General

2