UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV2216(DJS)(TPS) |
| v. | : | |
| John Armstrong, et al | : | August 3, 2004 |

## MOTION TO STRIKE PORTIONS OF SECOND AMENDED COMPLAINT

The plaintiff in the above-captioned matter, a *pro se* inmate, has filed a Second Amended Complaint which is inconsistent with this Court's Ruling and Order dated June 25, 2004, seeking to add allegations the Court already denied the plaintiff permission to add, and failing to limit the allegations to the time period specified by the Court, all as set forth more fully in the attached Memorandum of Law.

DEFENDANTS
John Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 3d day of August 2004:

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
287 Bilton Road, P O Box 665
Somers, CT  06071

                                    __/s/_____
                                     Lynn D. Wittenbrink
                                     Assistant Attorney General