UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV2216(DJS)(TPS) |
| v. | : | |
| John Armstrong, et al | : | September 1, 2004 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO REMAINING DISCOVERY**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including October 2, 2004, within which to provide the plaintiff with the remainder of discovery outstanding as of this date.. In support of this motion, the defendants represent the following:

1. This is the second motion for an extension of time within which to comply with the Court's discovery deadline of July 1, 2004 that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. The undersigned counsel is in the process of responding to a preliminary injunction motion and is dealing with several other pressing matters at this point in time.

3. The plaintiff issues discovery to the various defendants in the form, alternatively, of Request for Admissions and Interrogatories, often more than one set of each. Since the Court's order of July 1, 2004, the defendants, through counsel, have provided the plaintiff with responses to more than half a dozen Request for Admissions and/or Interrogatories by the parties. Several remain outstanding. Some have been responded to during the last 30 days while other discovery is in the process of being responded to. In order that the undersigned counsel can

spend time on this as well as other matters, additional time is necessary to respond to any discovery currently remaining, which includes several sets of discovery the plaintiff has issued since the Court's ruling in this matter; and

    4.    Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                            DEFENDANTS
                            John Armstrong, et al

                            RICHARD BLUMENTHAL
                            ATTORNEY GENERAL

BY:    /s/
       Lynn D. Wittenbrink
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct08575
       lynn.wittenbrink@po.state.ct.us
       Tel: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 1st day of September 2004:

Duane Ziemba
Inmate 128963
Northern Correctional Institution
P. O. Box 665
Somers, CT 06071

                            /s/
                            Lynn D. Wittenbrink
                            Assistant Attorney General