UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV2216(DJS)(TPS) |
| v. | : | |
| John Armstrong, et al | : | September 22, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 60 days, up to and including November 21, 2004, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. Moreover, discovery in this matter has not yet been completed nor are the pleadings closed. Completing discovery and closing the pleadings will take additional time.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
John Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:   \_\_\_\_/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 22d day of September 2004:

Duane Ziemba
Inmate 128963
Northern Correctional Institution
P. O. Box 665
Somers, CT 06071


\_\_\_\_\_/s/_____
Lynn D. Wittenbrink
Assistant Attorney General