UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| Duane Ziemba | : | PRISONER<br>3:02CV2216(DJS)(TPS) |
| v. | : |  |
| John Armstrong, et al | : | September 24, 2004 |

## MOTION TO WITHDRAW ADMISSIONS

Pursuant to Rule 36(b) of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter hereby respectfully move to withdraw admissions technically deemed admitted by the passage of time beyond the deadline set by the Court upon extension from the 30 day deadline provided for in Rule 36(a). The original requests by the *pro se* inmate plaintiff were propounded on various occasions since July of 2004. The plaintiff has issued so many requests that these requests were confused with previous requests, and were only just discovered as not being responded to. The defendants intend to answer the requests within 30 days of the date of this pleading, October 24, 2004.

Specifically, the defendants seek additional time for responding to the following Request for Admissions: Request for Admissions as to the defendant John Armstrong dated July 17, 2004 and received by the undersigned counsel on July 23, 2004; Request for Admissions as to the defendant John Armstrong dated July 19, 2004 and received by the undersigned counsel on July 23, 2004; Request for Admissions to Dr. Carson Wright dated April 26, 2004 and received on April 30, 2004; Request for Admissions as to Thomas Coates dated July 19, 2004 and received on July 23, 2004; Request for Admissions as to Christine Whidden dated July 19, 2004 and received by this office on July 23, 2004.

The plaintiff, who has numerous lawsuits against correctional officials and who files numerous Interrogatories and Request for Admissions will not be prejudiced by the granting of this motion. There is no trial date in this matter.

Given the circumstances, the undersigned counsel respectfully urges this Court to set aside those admissions, and to provide the defendants through counsel the opportunity to respond within a reasonable time period. Given the circumstances as described above, the presentation of the merits of this action will be undermined by the admissions the plaintiff seeks without an adequate opportunity on the part of the defendants to respond. As no trial date has been set, and as the plaintiff does not claim any on-going constitutional violation, the plaintiff will suffer no prejudice in this action should this motion be granted. The undersigned counsel respectfully urges this Court to grant this motion so that her clients are not harmed by her inadvertence.

DEFENDANTS
John Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   __/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of September 2004:

Duane Ziemba, # 128963
Northern Correctional Institution
P.O. Box 665
Somers, CT  06071

　　　　　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Lynn D. Wittenbrink
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General