UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 4, 2004 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO REMAINING DISCOVERY

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including November 3, 2004, within which to provide the plaintiff with the remainder of discovery outstanding as of this date. In support of this motion, the defendants represent the following:

1.   This is the third motion for an extension of time within which to comply with the Court's discovery deadline of July 1, 2004 that has been filed in this case;

2.   Due to the volume of cases assigned to the undersigned counsel, the press of other matters in state and federal court, the Office of the Claims Commission and the Freedom of Information Commission, more timely response is most difficult.

3.   The plaintiff issues discovery to the various defendants in the form, alternatively, of Request for Admissions and Interrogatories, often more than one set of each. Since the Court's order of July 1, 2004, the defendants, through counsel, have provided the plaintiff with responses to more than half a dozen Request for Admissions and/or Interrogatories by the parties. Several remain outstanding. Some have been responded to during the last 30 days while

other discovery is in the process of being responded to. One of the Discovery Requests the defendants are in the process of responding to has 62 separate requests, and one has 72. In addition, the undersigned counsel is in the process of responding to at least 6 different discovery submissions all with several individual requests in the matter by the same plaintiff, Ziemba v. Milling, 3:02CV0258(DFM). In order that the undersigned counsel can spend time on this as well as other matters, additional time is necessary to respond to any discovery currently remaining, which includes several sets of discovery the plaintiff has issued since the Court's ruling in this matter; and

      4.    Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

>DEFENDANTS,
>John Armstrong, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY:__/s/_____
>    Lynn D. Wittenbrink
>    Assistant Attorney General
>    110 Sherman Street
>    Hartford, CT  06105
>    Federal Bar No. ct08575
>    lynn.wittenbrink@po.state.ct.us
>    Telephone No.: (860) 808-5450
>    Fax No.: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 4th day of October, 2004:

Duane Ziemba, Inmate No. 128963
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT  06071

                                        /s/_____
                                        Lynn D. Wittenbrink
                                        Assistant Attorney General