UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 22, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including December 21, 2004, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1.  This is the second motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case;

2.  Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. Moreover, discovery in this matter has not yet been completed nor are the pleadings closed. Completing discovery and closing the pleadings will take additional time. The plaintiff has made the discovery process very time-consuming by filing dozens of discovery requests which the defendants are still in the process of responding to.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

>DEFENDANTS,
>John Armstrong, et al .
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY:\_\_\_\_\_/s/_____
>Lynn D. Wittenbrink
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT 06105
>Federal Bar No. ct08575
>Telephone No.: (860) 808-5450
>Fax No.: (860) 808-5591
>lynn.wittenbrink@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 22nd day of November, 2004:

Duane Ziemba, Inmate 128963
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

>\_\_\_\_/s/_____
>Lynn D. Wittenbrink
>Assistant Attorney General