UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including January 20, 2005, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the third motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult. Moreover, discovery in this matter has not yet been completed nor are the pleadings closed. Completing discovery and closing the pleadings will take additional time. The plaintiff has made the discovery process very time-consuming by filing dozens of discovery requests which the defendants are still in the process of responding to. In addition, the defendants are currently working on a Motion for Summary Judgment as to one of the plaintiff's other federal actions before the Honorable Judge Martinez.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

          DEFENDANTS,
          John Armstrong, et al .

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: /s/
    Lynn D. Wittenbrink
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar No. ct08575
    Telephone No.: (860) 808-5450
    Fax No.: (860) 808-5591
    lynn.wittenbrink@po.state.ct.us

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 21st day of December, 2004:

Duane Ziemba, Inmate 128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT  06470

    /s/
    Lynn D. Wittenbrink
    Assistant Attorney General