United States District Court,
District Of Connecticut

**FILED**
2005 JAN 31 P 4:39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Duane Ziemba | Civil Action No.
| 3:02 cv 2216 (DJS)(TPS)

vs. |

John Armstrong, et al. | January 25, 2005

### Plaintiff's Motion For Trial Memorandum To Be Ordered

The plaintiff hereby respectfully moves this honorable Court to order the parties to submit their trial memorandum. In support of this motion, the plaintiff represents the following:

1. The deadline for filing for summary judgment was up on June 1, 2004. The defendants have had up until June 1, 2004 and have even filed three (3) motions for extensions of time in which to file for summary judgment -- but to date they have failed and refused to do so.

2. Accordingly this old case is ready for

resolution through trial.

3. Justice should require the timely resolution of this very meritorious case. Without further frivolous excuses, delays or continuances by the defendants.

Wherefore, for the foregoing reason the trial memorandums should ensue.

Respectfully Submitted
/Duane Ziemba/ Duane Ziemba
Garner CI, 50 Nunnawauk Rd,
Newtown, CT. 06470

Certification

I hereby certify that a copy of the foregoing was mailed to following this 25th day of January 2005;

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: /Duane Ziemba/
Duane Ziemba

#2