UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | FEBRUARY 28, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR SUMMARY JUDGMENT**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including March 28, 2005, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the fourth motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case;

2. The plaintiff made the discovery process in this case very time-consuming by filing dozens of discovery requests. The defendants have finally completed their responses.

3. The undersigned counsel has been inordinately busy over the last couple of months. Her office was involved in unique litigation which necessitated coverage of cases for other attorneys, and counsel completed one trial involving several defendants and numerous preparatory motions in addition to numerous other matters. In addition, the defendants just recently completed a Motion for Summary Judgment in one of the plaintiff's other federal

actions before the Honorable Judge Martinez.  The volume and nature of plaintiff's allegations lead to a Memorandum of Law in support of that motion numbering 46 pages and requiring 28 exhibits.

    3.    Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

        DEFENDANTS,
        John Armstrong, et al .

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:___/s/_____
    Lynn D. Wittenbrink
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar No. ct08575
    Telephone No.: (860) 808-5450
    Fax No.: (860) 808-5591
    lynn.wittenbrink@po.state.ct.us

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 28th day of February, 2005:

Duane Ziemba, Inmate 128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT  06470

                                              /s/
                                     Lynn D. Wittenbrink
                                     Assistant Attorney General