UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | MARCH 29, 2005 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR SUMMARY JUDGMENT**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including April 27, 2005, within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the fifth motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case. The undersigned counsel well understands that this is a significant number of extensions, but has been very overwhelmed with work lately. The undersigned counsel filed a Motion for Summary Judgment in another case with the same plaintiff, Duane Ziemba, in another involved case. The Memorandum of Law in support of that motion was 45 pages with at least 28 exhibits, and took considerable time to put together. In addition, the undersigned counsel was extremely busy last week with an order to show cause on a case that came up the preceding Friday afternoon, and has numerous deadlines in various pressing matters;

2. The plaintiff in this matter makes numerous allegations in his complaints, and files many complaints, necessitating an inordinate amount of time to respond and file dispositive motions in his cases.

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 29th day of March, 2005:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT  06470

___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General

2