UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DUANE ZIEMBA

                                                    PRISONER CASE NO.

    v.                                3:02-cv-2216 (DJS) (TPS)

JOHN ARMSTRONG, ET AL.

### RULING AND ORDER

The plaintiff filed his third amended complaint on April 15, 2005.  The defendants are directed to file an answer to the third amended complaint on or before May 15, 2005.  All motions for summary judgment shall be filed on or before June 15, 2005.  The defendants' Motions for Extension of Time [**docs. ## 50, 51**] are **DENIED** as moot.

    **SO ORDERED** at Hartford, Connecticut, this 20th day of April, 2005.

                                     /s/ Thomas P. Smith
                                        Thomas P. Smith
                        United States Magistrate Judge