UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISIONER |
| | | 3:02CV2216(DJS)(TPS) |
| v. | : | |
| John J. Armstrong, et al | : | MAY 11, 2005 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including June 12, 2005, within which to file a responsive pleading to the Third Amended Complaint in this matter. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to respond to the Third Amended Complaint since the Court directed the plaintiff to file his Third Amended Complaint;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                                                                                    DEFENDANTS

                                                                                    John Armstrong, et al
                                                                                    RICHARD BLUMENTHAL
                                                                                    ATTORNEY GENERAL

BY:    /s/_____
            Lynn D. Wittenbrink
            Assistant Attorney General
            110 Sherman Street
            Hartford, CT  06105
            Federal Bar #ct08575
            lynn.wittenbrink@po.state.ct.us
            Tel: (860) 808-5450
            Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 11th day of May 2005:

Duane Ziemba, # 128963
Garner Correctional Institution
50 Nunnawauk Rd.
Newtown, CT  06470

                                                               ___/s/_____
                                                                Lynn D. Wittenbrink
                                                                Assistant Attorney General