United States District Court
District Of Connecticut          FILED

Duane Ziemba            | Civil Action No.
                        | 3:02 cv 2216 (DJS)

vs.                     |

John Armstrong, et al.  | May 17, 2005

### Plaintiff's Motion In Opposition To Defendants' 15th Motion For Extension Of Time

The plaintiff hereby respectfully – strenuously opposes the defendants' outrageous 15th motion [requesting] an extension of time, in support of this motion the plaintiff represents the following:

1. February 4, 2004 counsel for the defendants filed a motion for extension of time within which to file responsive pleading;

2. February 5, 2004 counsel filed a motion for extension of time within which to respond to discovery;

3. March 19, 2004 counsel filed a motion for extension of time;

4. April 2, 2004 counsel filed another motion for extension of time;

5. April 12, 2004 counsel filed yet another motion for extension of time;

6. May 17, 2004 counsel filed yet another motion for extension of time;

7. September 1, 2004 counsel filed yet another motion for extension of time;

8. September 22, 2004 counsel filed yet another motion for extension of time;

9. October 4, 2004 counsel filed yet another motion for extension of time;

10. November 22, 2004 counsel filed yet another motion for extension of time;

11. December 22, 2004 counsel filed yet another motion for extension of time;

12. February 28, 2005 counsel filed a motion, yet another, for extension of time;

13. March 28, 2005 counsel filed yet another motion for extension of time;

14. March 29, 2005 counsel filed yet another motion for extension of time; **AND**

15. On May 11, 2005 counsel has filed, yet another, motion seeking an extension of time. Which - with all due respect should be denied forthwith and/or counsel sanctioned for in bad faith delaying the resolution of this case and blatant harassment of the pro se plaintiff. The plaintiff respectfully represents to this honorable Court that he has the right to the timely resolution of his Constitutional claims herein this action. Counsel has and is deliberately - blatantly violating this right. It is fundamentally important to the administration of justice and this honorable Court and the penal system, for the pro se plaintiff's rights to be protected and enforced. Counsel is ensuring a travesty of justice out of this action.

Wherefore, for all of the foregoing reasons counsel's present 15th motion seeking an extension of time should be denied, and any and all future motions for an extension of time denied, and/or sanctions imposed.

Respectfully Submitted

*Duane Ziemba*

Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 17th day of May 2005:

Lynn D. Wittenbrink, Esq,
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By *Duane Ziemba*
Duane Ziemba