UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISONER |
| | | 3:02CV2216(DJS) |
| v. | : | |
| John Armstrong, et al | : | JUNE 6, 2005 |

### REPLY TO "PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' 15TH MOTION FOR EXTENSION OF TIME"

The defendants in this multi-count action, in which the current operative complaint, the Third Amended Complaint, contains 70 paragraphs and 24 pages, have sought a single extension of time to respond to the Third Amended Complaint since it was filed and the Court set down a date for response. The plaintiff opposes the motion, claiming that it is, overall, the fifteenth such motion filed by the defendants in this action. The plaintiff further claims that the defendants have "in bad faith delay[ed] the resolution of this case" and engaged in "blatant harassment" of the pro se plaintiff.

Defendants, through the undersigned counsel, respectfully point out that the plaintiff in this action has filed four complaints, and that many of defendants' motions for extension of time were *pro forma,* for example, in the time period between the defendants' Motion to Strike portions of the Second Amended Complaint as not being in compliance with this Court's previous order and the plaintiff actually filing a Third Amended Complaint, a period of approximately 8 months, the defendants filed 8 motions for an extensions of the summary judgment deadline and/or to respond to the plaintiff's singularly high volume of discovery requests. Summary judgment would have been inappropriate during the time period when the status of the complaint and the allegations in this matter were in flux; defendants moved for

additional time as a matter of courtesy to the Court and to preserve all of their rights in this matter. Additional delays in this matter have been for similar reasons.

In addition, the schedule of the undersigned counsel is inordinately busy, with numerous matters in state and federal courts at the trial and appellate levels along with agency representation and many hours devoted to legal advice regarding policy at various state agencies. The undersigned counsel is managing her best in a difficult situation.

WHEREFORE, the defendants respectfully oppose plaintiff's "motion".

                DEFENDANTS
                John Armstrong, et al

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:    /s/_____
      Lynn D. Wittenbrink
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct08575
      lynn.wittenbrink@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of June 2005:

**Duane Ziemba**
Inmate 128963
Garner Correctional Institution
50 Nunnawauk Road
Newtown, CT 06470-5500

　　　　　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Lynn D. Wittenbrink
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General