### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Duane Ziemba | : | PRISIONER |
| | | 3:02CV2216(DJS)(TPS) |
| v. | : | |
| John J. Armstrong, et al | : | June 14, 2005 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including July 14, 2005, within which to file a responsive pleading to the Third Amended Complaint in this matter. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to file a Motion for Summary Judgment with regard to the Third Amended Complaint since the Court directed the plaintiff to file his Third Amended Complaint;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

        DEFENDANTS

        John Armstrong, et al
        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:   /s/_____
      Lynn D. Wittenbrink
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct08575
      lynn.wittenbrink@po.state.ct.us
      Tel: (860) 808-5450
      Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 14th day of June 2005:

Duane Ziemba, # 128963
Garner Correctional Institution
50 Nunnawauk Rd.
Newtown, CT  06470

        /s/_____
        Lynn D. Wittenbrink
        Assistant Attorney General