UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER<br>CIVIL NO. 3:02cv2216 (DJS)(TPS) |
| v. | : |  |
| JOHN J. ARMSTRONG, ET AL. | : | JULY 7, 2005 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including August 13, 2005, within which to file a Motion for Summary Judgment in this matter. In support of this motion, the defendants represent the following:

1. This is the second motion for an extension of time within which to file a Motion for Summary Judgment with regard to the Third Amended Complaint, since the Court directed the plaintiff to file his Third Amended Complaint;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, a more timely response is most difficult. The undersigned was off for some time in June and will be away for two weeks in July. She is also in the process of responding to an Order for Show Cause that came up suddenly; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
     Lynn D. Wittenbrink
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Federal Bar #ct08575
     E-Mail:  lynn.wittenbrink@po.state.ct.us
     Tel: (860) 808-5450
     Fax: (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of July 2005:

Duane Ziemba #128963
Garner Correctional Institution
P.O. Box 5500
Newtown, CT 06470


_____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General