UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV2216(DJS)(TPS) |
| VS. | : | |
| | : | |
| JOHN J. ARMSTRONG, ET AL. | : | AUGUST 9, 2005 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

The defendants in the above-captioned matter hereby respectfully move for an additional thirty days, up to and including September 12, 2005, within which to file a Motion For Summary Judgment in this matter. In support of this motion, the defendants represent the following:

1. This is the third Motion For Extension of Time within which to file a Motion For Summary Judgment with regard to the Third Amended Complaint, since the court directed the plaintiff to file his Third Amended Complaint;

2. The undersigned counsel has recently experienced unforeseeable personal events which will require her time and attention away from work for much of the month of August. The undersigned counsel recognizes that she has already received extensions, and regrets the additional delay; and,

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS,
John J. Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 9th day of August, 2005:

Duane Ziemba, Inmate No. 128963
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT 06470

____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General

2