United States District Court
District Of Connecticut      FILED

Duane Ziemba                | Civil Action No
                            | 3:02 cv 2216 (DJS)(TPS)
VS.                         |
                            |
John J. Armstrong, et al.   | August 16, 2005

2005 AUG 18 P 4: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

### Plaintiff's Objection To Defendants' 17th Motion For Extension Of Time

The plaintiff hereby strenuously objects to the defendants' outrageous 17th motion seeking an extension of time. The defendants' motion is dated August 9, 2005. In support that the defendants' motion should be denied the plaintiff represents the following:

1. This is the 17th motion for an extension of time filed by the defendants. And is the 3rd seeking an extension of time to file a motion for summary judgment.
Clearly the defendants and counsel have and actively are in bad faith delaying the trial of this meritorious case, are being freely

permitted to circumvent this case, and are very intentionally harassing the pro se plaintiff to an extreme.

2. The defendants' prior hereto 16 motions for extensions of time were profoundly prejudicial, and now presently their 17th motion is even further profoundly prejudicial to the plaintiff.

Wherefore, the defendants' motion is grossly unreasonable and should be denied.

Respectfully Submitted
The Plaintiff
Duane Ziemba
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

-2-

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 16th day of August 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: ~~Duane Ziemba~~
      Duane Ziemba