## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DUANE ZIEMBA | : | PRISONER |
| | : | NO. 3:02CV02216(DJS) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | SEPTEMBER 12, 2005 |

### MOTION FOR SUMMARY JUDGEMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter hereby move for summary judgment as there are no genuine issues of material fact and the plaintiff's case fails.  In addition, all defendants are entitled to qualified immunity.

In support of this motion, the defendants provide a Memorandum of Law, Affidavits and a Statement of Undisputed Facts and other exhibits.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.  (860) 808-5450
Fax No. (860) 808-5450
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent, first class postage prepaid, this 12th day of September, 2005, to:

Duane Ziemba, 128963
Garner Correctional Institution
50 Nunnawauk Rd.
P.O. Box 5500
Newtown, Ct
06470


_____/s/_____
Lynn D. Wittenbrink
Assistant Attorney General