```
MOVEMENTS          NUMBER:    128963     NAME:    ZIEMBA,DUANE WILFORD          PAGE    1
FILE:  GARNER CI                         MED FILE:
                                              DATE    SEQ      LOCATION          JUR  STA
TRANSFER AMONG DOC LOCATIONS             11/05/2004  1   136 GARNER CI           136   G
TRANSFER AMONG DOC LOCATIONS              5/18/2002  1   141 NORTHERN CI         141   G
RETURN FROM CUSCOM                        3/28/2002  1   125 CHESHIRE CC         125   G
TRANSFER TO CUSCOM                        1/20/2000  1   6NV CUSCOM TO NV        35A   G
SENTENCED BY COURT                       11/18/1998  1   141 NORTHERN CI         141   G
TRANSFER AMONG DOC LOCATIONS              8/11/1998  1   141 NORTHERN CI         141   G
TRANSFER AMONG DOC LOCATIONS              6/19/1998  1   136 GARNER CI           136   G
TRANSFER AMONG DOC LOCATIONS              3/12/1998  1   137 MCDGL/WLKR CI       137   G
TRANSFER AMONG DOC LOCATIONS              3/11/1998  1   114 MCDGL/WLKR CI       114   G
TRANSFER AMONG DOC LOCATIONS             10/30/1997  1   140 CORR/RAD CC         140   G
TRANSFER AMONG DOC LOCATIONS              9/12/1997  1   141 NORTHERN CI         141   G
SENTENCED BY COURT                        7/29/1997  1   125 CHESHIRE CC         125   G
TRANSFER AMONG DOC LOCATIONS              6/26/1997  1   125 CHESHIRE CC         125   G
TRANSFER AMONG LOCATIONS                  5/13/1997  1   121 HARTFORD CCC        121   G
TRANSFER AMONG DOC LOCATIONS              5/06/1997  1   112 ENFIELD CCI         112   G
ESCAPEE RETURNED W/ NEW CHARGES           4/18/1997  1   121 HARTFORD CCC        121   G
ESCAPE FROM COMMUNITY RELEASE             3/28/1997  1   810 ESCAPE              127   G

V884   9/06/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:   00128963                    ENTER FOR NEXT PAGE
```

```
MOVEMENTS        NUMBER:    128963    NAME:   ZIEMBA,DUANE WILFORD        PAGE     2
FILE:  GARNER CI                      MED FILE:
                                        DATE      SEQ      LOCATION           JUR STA
RELEASE TO COMMUNITY RELEASE          1/22/1997  1   28D WALTER BROOKS   402  G
TRANSFER AMONG DOC LOCATIONS          4/08/1996  1   127 WEBSTER CI      127  G
TRANSFER AMONG DOC LOCATIONS          8/18/1995  1   128 BROOKLYN CCC    128  G
TRANSFER AMONG DOC LOCATIONS          7/28/1995  1   114 MCDGL/WLKR CI   114  G
START SERVING SENTENCE (1+)           7/25/1995  1   121 HARTFORD CCC    121  G
READMISSION, CONTINUED               11/25/1994  1   121 HARTFORD CCC    121  U
DISCHARGED, DID NOT RETURN FROM COURT 6/22/1993  1   900 DISCHARGE       900  U
SENTENCE EXPIRED, HOLD ON CT CHARGES  6/01/1993  1   121 HARTFORD CCC    121  U
START SERVING SENTENCE (1-)           5/03/1993  2   121 HARTFORD CCC    121  L
RELEASE FOR COURT APPEARANCE          5/03/1993  1   129 MORGAN ST DC    129  U
READMISSION, CONTINUED                2/16/1993  1   129 MORGAN ST DC    129  U
DISCHARGED, DID NOT RETURN FROM COURT 4/14/1992  1   900 DISCHARGE       900  U
TRANSFER AMONG DOC LOCATIONS          4/07/1992  1   121 HARTFORD CCC    121  U
READMISSION, CONTINUED                3/25/1992  1   129 MORGAN ST DC    129  U
DISCHARGED, DID NOT RETURN FROM COURT 8/23/1991  1   900 DISCHARGE       900  U
READMISSION, CONTINUED                8/16/1991  1   131 UNION AVE DC    131  U
DISCHARGED BY SENTENCE COMMUTATION    1/19/1990  1   900 DISCHARGE       900  G

V884   9/06/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:   00128963                     ENTER FOR NEXT PAGE
```

```
MOVEMENTS        NUMBER:     128963    NAME:  ZIEMBA,DUANE WILFORD           PAGE    3
FILE:  GARNER CI                       MED FILE:
                                          DATE    SEQ      LOCATION         JUR  STA
RELEASE TO COMMUNITY RESIDENCE         3/17/1989   1   3HK CS1-MARTINELI    301   G
TRANSFER AMONG DOC LOCATIONS           2/21/1989   1   122 NEW HAVEN CCC    122   G
RETURN FROM SHR WITH CHARGES           2/10/1989   1   131 UNION AVE DC     131   G
RELEASE TO COMMUNITY RESIDENCE         9/02/1988   1   3HK CS1-MARTINELI    301   G
TRANSFER AMONG DOC LOCATIONS           7/15/1987   1   111 J.R.MANSON YI    111   G
START SERVING SENTENCE (1+)            7/01/1987   2   115 OSBORN CCI       115   G
RELEASE FOR COURT APPEARANCE           7/01/1987   1   530 COURT APPEAR.    121   U
TRANSFER AMONG DOC LOCATIONS          12/23/1986   1   121 HARTFORD CCC     121   U
READMISSION, CONTINUED                12/15/1986   1   129 MORGAN ST DC     129   U
DISCHARGED, DID NOT RETURN FROM COURT  9/13/1984   1   900 DISCHARGE        900   U
TRANSFER AMONG DOC LOCATIONS           9/07/1984   1   121 HARTFORD CCC     121   U
CONTINUED BY COURT                     8/31/1984   1   129 MORGAN ST DC     129   U
NEW ENTRY,ACCUSED-CONTINUED            8/29/1984   1   129 MORGAN ST DC     129   U


V884   9/06/2005    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60              END

TRANSACTION: P/N    NUMBER:  00128963
```