COUNSELOR INFORMATION SCREEN

NAME: ZIEMBA,DUANE WILFORD          NUMBER:      128963        DOB:      10/07/1967
LOCATION: GARNER CI                 STATUS:   SENT YR+         SRG/T:
RACE:  WHITE                        SEX:         M
OFFENSE:  53A122    LARCENY, FIRST DEGRE                       BOND:        0

MINIMUM SENT:         Y    M    D   MAXIMUM SENT:          18 Y    6 M    D
CONSECUTIVE HLD:                    TOTAL EFFECT TERM:        Y      M    D
MIN REL DT:  00/00/0000    MAX REL DT:  06/16/2013   EST REL DT:  00/00/0000

PAROLE ELIG DT:   05/16/2005        DETAINER:
BASED ON   50 %   TO BE SERVED
VOTED TO PAROLE DATE:       03/01/2006
LAST HEARING DISPOSITION:   PAROLE     TS HOLD DATE:
                                       HH HOLD DATE:
LAST DISCIPLINARY REPORT:  02/10/2005  OFFENSE:   DISORDERLY CONDUCT
TOTAL NUMBER OF TICKETS:      63

OVERALL       4      ESCAPE        3    SEV VIOL CURR OFF    3    VIOL HIST    1
LEN CNFNMT    4      DETAINERS     1    DISCIPLINE           2    SRG          1
LAST RISK SCORE CH:    11/19/2004       NEXT REVIEW DATE:    12/23/2005

TRANS: RT51    NUMBER:  00128963       DEPT OF CORRECTION              09/06/2005