```
NAME: ZIEMBA,DUANE WILFORD           NUMBER: 00128963              DOB: 10/07/1967
LOCATION: GARNER CI                  JURISDICTION: GARNER CI       STATUS: SENTENCED
LOCATION ENTRY TYPE: TRANSFER AMONG DOC LOCATIONS                  DATE: 11/05/2004
OFFENSE: 53A122       LARCENY, FIRST DEGREE              BF        BOND:          0
SENTENCE:  MIN:   0 Y  0 M   0 D  MAX:   18 Y  6 M   0 D    DETAINERS:
RELEASE DATES:    MIN: 00/00/0000  MAX: 06/16/2013     ESTIMATED:
SPECIAL MANAGEMENT:
DNA FELONY Y SWAB 12/03/2004        SEX OFFENDER REGISTRATION: N
RACE: WHITE              SEX: MALE         HAIR COLOR: BLOND        EYES: BLUE
HEIGHT: 6 FT 02 IN       WEIGHT: 240 LBS   MARITAL STATUS: N        DEPENDENTS:
EDUCATION LEVEL: 08      MILITARY:  N      MED INSURANCE:  N        MVD:
SSN:                     FBI #:            OTHER #:                 SPBI #:
BIRTHPLACE:                                CITIZENSHIP: UNITED STATES
HOME ADDRESS:                       TOWN:                  STATE:        ZIP:

* * * * * * * * * * * EMERGENCY CONTACT INFORMATION * * * * * * * * * * *
NAME:                               RELATION:                  PH:
STREET:                             TOWN:              STATE:       ZIP:

PRIOR LOCATION: 141     FILE LOCATION: 136     MED FILE:
INITIAL DOC ADMISSION: 08/29/1984          LATEST DOC ADMISSION: 11/25/1994
V884 09/06/2005 CT DEPT OF CORRECTION      - FACE SHEET DISPLAY  RT50  C0704  END

TRANSACTION: RT50    NUMBER:  00128963
```