```
                         DISCIPLINARY HISTORY                      PAGE  001
   NUMBER:    128963   NAME: ZIEMBA,DUANE WILFORD      TOTAL TICKETS:  63
   CURRENT LOCATION:   GARNER CI

     DATE    SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)      AMOUNT(S)
02 10 2005   01   136   DISORDERLY CONDUCT      LOSS OF COMM. PRIV.   060 DAYS
                                                   FROM 03/11/05 THRU 05/10/05
11 04 2004   01   141   DESTR. OF PROP. A       PUNITIVE SEGREGATION 007 DAYS
                                                   FROM 11/05/04 THRU 11/11/04
                                                LOSS OF COMM. PRIV.   030 DAYS
                                                   FROM 11/05/04 THRU 12/05/04
02 11 2004   02   141   INTERF.W/SAFE SECURT    PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 04/20/04
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 11/13/05
                                                LOSS OF COMM. PRIV.   090 DAYS
                                                LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 06/11/04
```

V884 09/06/05  CT DEPT OF CORRECTION — DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963

```
                              DISCIPLINARY HISTORY                    PAGE  002
      NUMBER:     128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:   63
      CURRENT LOCATION:  GARNER CI

      DATE    SEQ  FCLTY  OFFENSE(S)              DISPOSITION(S)        AMOUNT(S)
02 11 2004   01   141   THREATS                 PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 04/05/04
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 08/13/05
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 04/11/04
01 02 2004   01   141   DESTR. OF PROP.    B    PUNITIVE SEGREGATION 005 DAYS
                                                   FROM 00/00/00 THRU 03/06/04
                                                LOSS OF SOC.VST PRIV 030 DAYS
                                                   FROM 00/00/00 THRU 12/11/04




V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00128963
```

```
                              DISCIPLINARY HISTORY                          PAGE   003
     NUMBER:     128963    NAME:  ZIEMBA,DUANE WILFORD     TOTAL TICKETS:   63
     CURRENT LOCATION:    GARNER CI
```

| DATE | SEQ | FCLTY | OFFENSE(S) | DISPOSITION(S) | AMOUNT(S) |
|---|---|---|---|---|---|
| 12 13 2003 | 04 | 141 | INTERF.W/SAFE SECURT | PUNITIVE SEGREGATION | 015 DAYS |
| | | | | FROM 00/00/00 THRU 03/21/04 | |
| | | | | LOSS OF TELEPH. PRIV | 090 DAYS |
| | | | | FROM 00/00/00 THRU 05/13/05 | |
| | | | | LOSS OF COMM. PRIV. | 090 DAYS |
| | | | | LOSS OF SOC.VST PRIV | 060 DAYS |
| | | | | FROM 00/00/00 THRU 02/11/04 | |
| 12 13 2003 | 03 | 141 | INTERF.W/SAFE SECURT | PUNITIVE SEGREGATION | 015 DAYS |
| | | | | FROM 00/00/00 THRU 03/01/04 | |
| | | | | LOSS OF TELEPH. PRIV | 090 DAYS |
| | | | | FROM 00/00/00 THRU 02/13/05 | |
| | | | | LOSS OF COMM. PRIV. | 090 DAYS |
| | | | | LOSS OF SOC.VST PRIV | 060 DAYS |
| | | | | FROM 00/00/00 THRU 11/11/04 | |

```
V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963
```

```
                        DISCIPLINARY HISTORY                    PAGE  004
    NUMBER:    128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:  63
    CURRENT LOCATION:   GARNER CI

      DATE    SEQ  FCLTY  OFFENSE(S)              DISPOSITION(S)        AMOUNT(S)
12 13 2003   02   141    ASSAULT ON DOC EMPL     PUNITIVE SEGREGATION 030 DAYS
                                                   FROM 00/00/00 THRU 02/14/04
                                                 LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 11/13/04
                                                 LOSS OF COMM. PRIV.  090 DAYS
                                                   FROM 00/00/00 THRU 09/14/04
                                                 LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 09/11/04
12 13 2003   01   141    INTERF.W/SAFE SECURT    PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 01/14/04
                                                 LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 08/13/04
                                                 LOSS OF COMM. PRIV.  090 DAYS
                                                   FROM 00/00/00 THRU 06/14/04
                                                 LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 07/11/04
V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N   NUMBER:  00128963
```

```
                          DISCIPLINARY HISTORY                 PAGE   005
     NUMBER:      128963   NAME: ZIEMBA,DUANE WILFORD      TOTAL TICKETS:   63
     CURRENT LOCATION:   GARNER CI

      DATE    SEQ  FCLTY   OFFENSE(S)          DISPOSITION(S)        AMOUNT(S)
 09 26 2003   04   141    DESTR. OF PROP. A    PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 12/13/03
                                               LOSS OF TELEPH. PRIV 090 DAYS
                                                 FROM 00/00/00 THRU 05/13/04
                                               LOSS OF COMM. PRIV.  090 DAYS
                                                 FROM 00/00/00 THRU 03/14/04
                                               LOSS OF SOC.VST PRIV 060 DAYS
                                                 FROM 00/00/00 THRU 05/11/04
                                               RESTIT.FOR THEFT/DAM 184 DLLR




 V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

 TRANSACTION: P/N    NUMBER:   00128963
```

```
                           DISCIPLINARY HISTORY                     PAGE  006
     NUMBER:    128963   NAME: ZIEMBA,DUANE WILFORD      TOTAL TICKETS:  63
     CURRENT LOCATION:  GARNER CI

      DATE    SEQ   FCLTY   OFFENSE(S)           DISPOSITION(S)          AMOUNT(S)
09 25 2003   02    141    INTERF.W/SAFE SECURT   PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 11/28/03
                                                 LOSS OF TELEPH. PRIV  090 DAYS
                                                   FROM 00/00/00 THRU 02/12/04
                                                 LOSS OF COMM. PRIV.   090 DAYS
                                                   FROM 00/00/00 THRU 12/14/04
                                                 LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 03/13/04
09 25 2003   01    141    CONTRABAND CLASS A     PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 11/13/03
                                                 LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 11/14/04
                                                 LOSS OF COMM. PRIV.   090 DAYS
                                                   FROM 00/00/00 THRU 09/15/04
                                                 LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 01/12/04
V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963
```

```
                              DISCIPLINARY HISTORY                    PAGE   007
     NUMBER:    128963    NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:   63
     CURRENT LOCATION:   GARNER CI

     DATE     SEQ   FCLTY   OFFENSE(S)            DISPOSITION(S)        AMOUNT(S)
01 16 2003    01    141    DESTR. OF PROP. A      PUNITIVE SEGREGATION 015 DAYS
                                                    FROM 00/00/00 THRU 02/14/03
                                                  LOSS OF TELEPH. PRIV 090 DAYS
                                                    FROM 00/00/00 THRU 05/18/04
                                                  LOSS OF COMM. PRIV.  090 DAYS
                                                    FROM 00/00/00 THRU 03/19/04
01 03 2003    01    141    CONTRABAND CLASS A     PUNITIVE SEGREGATION 015 DAYS
                                                    FROM 00/00/00 THRU 02/28/03
                                                  LOSS OF TELEPH. PRIV 090 DAYS
                                                    FROM 00/00/00 THRU 08/16/04
                                                  LOSS OF COMM. PRIV.  090 DAYS
                                                    FROM 00/00/00 THRU 06/17/04


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00128963
```

```
                          DISCIPLINARY HISTORY                   PAGE   008
    NUMBER:     128963   NAME: ZIEMBA,DUANE WILFORD     TOTAL TICKETS:   63
    CURRENT LOCATION:    GARNER CI

     DATE     SEQ   FCLTY   OFFENSE(S)            DISPOSITION(S)          AMOUNT(S)
11  04 2002   03    141    INTERF.W/SAFE SECURT   PUNITIVE SEGREGATION  015 DAYS
                                                    FROM 00/00/00 THRU 12/01/02
                                                  LOSS OF TELEPH. PRIV  090 DAYS
                                                    FROM 00/00/00 THRU 02/17/04
                                                  LOSS OF COMM. PRIV.   030 DAYS
                                                    FROM 00/00/00 THRU 12/19/03
                                                  LOSS OF SOC.VST PRIV  060 DAYS
                                                    FROM 00/00/00 THRU 04/22/03
11  04 2002   02    141    FLAGRANT DISOBED.      PUNITIVE SEGREGATION  007 DAYS
                                                    FROM 00/00/00 THRU 11/16/02
                                                  LOSS OF TELEPH. PRIV  030 DAYS
                                                    FROM 00/00/00 THRU 11/19/03
                                                  LOSS OF SOC.VST PRIV  030 DAYS
                                                    FROM 00/00/00 THRU 02/21/03


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963
```

```
                            DISCIPLINARY HISTORY                    PAGE  009
     NUMBER:     128963    NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:  63
     CURRENT LOCATION:   GARNER CI

        DATE    SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)           AMOUNT(S)
  11 04 2002   01    141    DESTR. OF PROP.    B    PUNITIVE SEGREGATION  005 DAYS
                                                      FROM 00/00/00 THRU 11/09/02
                                                    LOSS OF TELEPH. PRIV  030 DAYS
                                                      FROM 00/00/00 THRU 10/20/03
  10 01 2002   01    141    FIGHTING               PUNITIVE SEGREGATION  015 DAYS
                                                      FROM 00/00/00 THRU 10/18/02
                                                    LOSS OF TELEPH. PRIV  090 DAYS
                                                      FROM 00/00/00 THRU 09/20/03
                                                    LOSS OF COMM. PRIV.   090 DAYS
                                                      FROM 00/00/00 THRU 09/20/03
                                                    LOSS OF SOC.VST PRIV  060 DAYS
                                                      FROM 00/00/00 THRU 01/22/03



  V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

  TRANSACTION: P/N    NUMBER:  00128963
```

```
                              DISCIPLINARY HISTORY                    PAGE   010
    NUMBER:      128963    NAME:  ZIEMBA,DUANE WILFORD      TOTAL TICKETS:   63
    CURRENT LOCATION:    GARNER CI

     DATE     SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)          AMOUNT(S)
08 27 2002   01    141    INTERF.W/SAFE SECURT     PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 09/24/02
                                                   LOSS OF COMM. PRIV.  090 DAYS
                                                     FROM 00/00/00 THRU 06/21/03
                                                   LOSS OF TELEPH. PRIV 090 DAYS
                                                     FROM 00/00/00 THRU 06/21/03
                                                   LOSS OF SOC.VST PRIV 060 DAYS
                                                     FROM 00/00/00 THRU 11/23/02
05 18 2002   03    141    DESTR. OF PROP. A        PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 03/22/03
                                                   LOSS OF COMM. PRIV.  090 DAYS
                                                     FROM 00/00/00 THRU 03/22/03
                                                   LOSS OF TELEPH. PRIV 090 DAYS
                                                     FROM 00/00/00 THRU 03/22/03


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00128963
```

```
                              DISCIPLINARY HISTORY                    PAGE  011
      NUMBER:      128963    NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:  63
      CURRENT LOCATION:   GARNER CI

      DATE     SEQ   FCLTY    OFFENSE(S)              DISPOSITION(S)         AMOUNT(S)
05 18 2002    02    141    INTERF.W/SAFE SECURT    PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 07/10/02
                                                   LOSS OF TELEPH. PRIV 090 DAYS
                                                     FROM 00/00/00 THRU 12/23/02
                                                   LOSS OF COMM. PRIV.  090 DAYS
                                                     FROM 00/00/00 THRU 12/23/02
05 18 2002    01    141    FLAGRANT DISOBED.       PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 06/25/02
                                                   LOSS OF TELEPH. PRIV 090 DAYS
                                                     FROM 00/00/00 THRU 09/24/02
                                                   LOSS OF COMM. PRIV.  090 DAYS
                                                     FROM 00/00/00 THRU 09/24/02


 V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

 TRANSACTION: P/N    NUMBER:  00128963
```

```
                          DISCIPLINARY HISTORY                    PAGE   012
     NUMBER:      128963  NAME: ZIEMBA,DUANE WILFORD     TOTAL TICKETS:   63
     CURRENT LOCATION:    GARNER CI

      DATE    SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)        AMOUNT(S)
10 06 1999   01    141    INTERF.W/SAFE SECURT   PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 01/29/00
09 16 1999   04    141    INTERF.W/SAFE SECURT   PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 01/14/00
                                                 RESTIT.FOR THEFT/DAM 025 DLLR
09 16 1999   03    141    THREATS                PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 12/30/99
                                                 LOSS OF COMM. PRIV.  090 DAYS
                                                 FROM 00/00/00 THRU 11/04/00
```

V884 09/06/05  CT DEPT OF CORRECTION – DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963

```
                          DISCIPLINARY HISTORY                      PAGE  013
      NUMBER:     128963  NAME: ZIEMBA,DUANE WILFORD       TOTAL TICKETS:   63
      CURRENT LOCATION:   GARNER CI

       DATE    SEQ  FCLTY  OFFENSE(S)              DISPOSITION(S)         AMOUNT(S)
09 16 1999   02   141    ATT ASSLT- DOC EMPL    PUNITIVE SEGREGATION 030 DAYS
                                                   FROM 00/00/00 THRU 12/15/99
                                                LOSS OF TELEPH. PRIV. 090 DAYS
                                                   FROM 00/00/00 THRU 02/02/01
                                                LOSS OF COMM. PRIV.   090 DAYS
                                                   FROM 00/00/00 THRU 08/06/00
                                                LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 10/26/00
                                                LOSS OF SOC.CORRESP. 060 DAYS
                                                   FROM 00/00/00 THRU 11/11/00
```

V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963

```
                              DISCIPLINARY HISTORY                  PAGE  014
     NUMBER:    128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:  63
     CURRENT LOCATION:  GARNER CI

       DATE    SEQ   FCLTY   OFFENSE(S)           DISPOSITION(S)          AMOUNT(S)
   09 16 1999   01    141    ATT ASSLT- DOC EMPL  PUNITIVE SEGREGATION 030 DAYS
                                                    FROM 00/00/00 THRU 11/15/99
                                                  LOSS OF SOC.CORRESP. 060 DAYS
                                                    FROM 00/00/00 THRU 09/12/00
   09 15 1999   01    141    DISOBEY DIRECT ORDER PUNITIVE SEGREGATION 010 DAYS
                                                    FROM 00/00/00 THRU 10/16/99
                                                  LOSS OF TELEPH. PRIV 090 DAYS
                                                    FROM 00/00/00 THRU 11/04/00
   06 19 1999   01    141    CONTRABAND CLASS B   PUNITIVE SEGREGATION 010 DAYS
                                                    FROM 00/00/00 THRU 07/08/99
                                                  LOSS OF TELEPH. PRIV 090 DAYS
                                                    FROM 00/00/00 THRU 08/06/00
```

V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963

```
                           DISCIPLINARY HISTORY              PAGE   015
    NUMBER:    128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:   63
    CURRENT LOCATION:   GARNER CI

      DATE    SEQ   FCLTY   OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
03 09 1999   01    141    FLAGRANT DISOBED.    PUNITIVE SEGREGATION 015 DAYS
                                                FROM 00/00/00 THRU 06/28/99
                                              LOSS OF TELEPH. PRIV 090 DAYS
                                                FROM 00/00/00 THRU 05/08/00
                                              LOSS OF COMM. PRIV.  090 DAYS
                                                FROM 00/00/00 THRU 05/08/00
                                              LOSS OF SOC.VST PRIV 060 DAYS
                                                FROM 00/00/00 THRU 08/27/00
                                              LOSS OF SOC.CORRESP. 060 DAYS
                                                FROM 00/00/00 THRU 07/14/00
```

V884 09/06/05  CT DEPT OF CORRECTION – DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N     NUMBER:  00128963

```
                         DISCIPLINARY HISTORY                    PAGE  016
     NUMBER:     128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:  63
     CURRENT LOCATION:  GARNER CI

     DATE    SEQ  FCLTY   OFFENSE(S)           DISPOSITION(S)        AMOUNT(S)
03  06 1999  01    141    DISOBEY DIRECT ORDER  PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 05/25/99
                                                LOSS OF SOC.VST PRIV 060 DAYS
                                                   FROM 00/00/00 THRU 06/28/00
                                                LOSS OF SOC.CORRESP. 060 DAYS
                                                   FROM 00/00/00 THRU 05/15/00
03  04 1999  04    141    INTERF.W/SAFE SECURT  PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 06/13/99
                                                LOSS OF TELEPH. PRIV 090 DAYS
                                                   FROM 00/00/00 THRU 03/10/00
                                                LOSS OF COMM. PRIV.  090 DAYS
                                                   FROM 00/00/00 THRU 03/10/00


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00128963
```

```
                              DISCIPLINARY HISTORY                        PAGE   017
     NUMBER:      128963    NAME: ZIEMBA,DUANE WILFORD       TOTAL TICKETS:   63
     CURRENT LOCATION:    GARNER CI

     DATE     SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)          AMOUNT(S)
03  04  1999   03   141    SELF-MUTILATION         PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 05/10/99
                                                   LOSS OF TELEPH. PRIV 090 DAYS
                                                     FROM 00/00/00 THRU 12/11/99
                                                   LOSS OF COMM. PRIV.  090 DAYS
                                                     FROM 00/00/00 THRU 12/11/99
03  04  1999   02   141    INTERF.W/SAFE SECURT    PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 04/25/99
                                                   LOSS OF TELEPH. PRIV 090 DAYS
                                                     FROM 00/00/00 THRU 09/12/99
                                                   LOSS OF COMM. PRIV.  090 DAYS
                                                     FROM 00/00/00 THRU 09/12/99
                                                   LOSS OF SOC.VST PRIV 060 DAYS
                                                     FROM 00/00/00 THRU 04/29/00
                                                   LOSS OF SOC.CORRESP. 060 DAYS
                                                     FROM 00/00/00 THRU 03/16/00
V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963
```

```
                           DISCIPLINARY HISTORY                    PAGE   018
      NUMBER:      128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:   63
      CURRENT LOCATION:   GARNER CI

        DATE    SEQ   FCLTY   OFFENSE(S)            DISPOSITION(S)         AMOUNT(S)
  03 04 1999   01    141    INTERF.W/SAFE SECURT   PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 04/10/99
                                                   LOSS OF TELEPH. PRIV  090 DAYS
                                                     FROM 00/00/00 THRU 06/14/99
                                                   LOSS OF COMM. PRIV.   090 DAYS
                                                     FROM 00/00/00 THRU 06/14/99
                                                   LOSS OF SOC.VST PRIV  060 DAYS
                                                     FROM 00/00/00 THRU 03/01/00
                                                   LOSS OF SOC.CORRESP.  060 DAYS
                                                     FROM 00/00/00 THRU 01/16/00
```

V884 09/06/05  CT DEPT OF CORRECTION – DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963

```
                        DISCIPLINARY HISTORY                    PAGE   019
    NUMBER:     128963   NAME: ZIEMBA,DUANE WILFORD   TOTAL TICKETS:   63
    CURRENT LOCATION:   GARNER CI

       DATE    SEQ   FCLTY   OFFENSE(S)           DISPOSITION(S)           AMOUNT(S)
02 26 1999   01    141    INSULT LANG OR BEHAV   PUNITIVE SEGREGATION 015 DAYS
                                                   FROM 00/00/00 THRU 03/26/99
                                                 LOSS OF SOC.CORRESP. 060 DAYS
                                                   FROM 00/00/00 THRU 11/17/99
                                                 LOSS OF SOC.VST PRIV 060 DAYS
12 05 1998   01    141    DISOBEY DIRECT ORDER   PUNITIVE SEGREGATION 010 DAYS
                                                   FROM 00/00/00 THRU 02/07/99
                                                 LOSS OF SOC.CORRESP. 060 DAYS
                                                   FROM 00/00/00 THRU 09/18/99
```

```
V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00128963
```

```
                              DISCIPLINARY HISTORY                    PAGE   020
     NUMBER:      128963    NAME: ZIEMBA,DUANE WILFORD     TOTAL TICKETS:   63
     CURRENT LOCATION:   GARNER CI

       DATE    SEQ  FCLTY   OFFENSE(S)              DISPOSITION(S)        AMOUNT(S)
  11 11 1998   01    141    INTERF.W/SAFE SECURT    PUNITIVE SEGREGATION 015 DAYS
                                                      FROM 00/00/00 THRU 01/28/99
                                                    LOSS OF TELEPH. PRIV 090 DAYS
                                                      FROM 00/00/00 THRU 03/01/00
                                                    LOSS OF COMM. PRIV.  090 DAYS
                                                      FROM 00/00/00 THRU 03/01/00
                                                    LOSS OF SOC.VST PRIV 060 DAYS
                                                      FROM 00/00/00 THRU 11/01/99
                                                    LOSS OF SOC.CORRESP. 060 DAYS
                                                      FROM 00/00/00 THRU 07/20/99
```

```
  V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

  TRANSACTION: P/N    NUMBER:  00128963
```

```
                            DISCIPLINARY HISTORY                    PAGE   021
     NUMBER:    128963   NAME: ZIEMBA,DUANE WILFORD      TOTAL TICKETS:   63
     CURRENT LOCATION:  GARNER CI

      DATE    SEQ  FCLTY  OFFENSE(S)            DISPOSITION(S)         AMOUNT(S)
10 31 1998   01   141    DISOBEY DIRECT ORDER  PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 01/13/99
                                               LOSS OF SOC.CORRESP. 060 DAYS
                                                 FROM 00/00/00 THRU 05/21/99
                                               LOSS OF SOC.VST PRIV 060 DAYS
                                                 FROM 00/00/00 THRU 09/02/99
10 30 1998   01   141    DISOBEY DIRECT ORDER  PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 12/29/98
                                               LOSS OF TELEPH. PRIV 090 DAYS
                                                 FROM 00/00/00 THRU 12/01/99
                                               LOSS OF COMM. PRIV.  090 DAYS
                                                 FROM 00/00/00 THRU 12/01/99
```

V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963

```
                              DISCIPLINARY HISTORY                    PAGE   022
      NUMBER:     128963    NAME: ZIEMBA,DUANE WILFORD      TOTAL TICKETS:   63
      CURRENT LOCATION:    GARNER CI

       DATE    SEQ  FCLTY   OFFENSE(S)              DISPOSITION(S)           AMOUNT(S)
   09 29 1998   02    141   ATT ASSLT- DOC EMPL      PUNITIVE SEGREGATION 030 DAYS
                                                       FROM 00/00/00 THRU 12/14/98
                                                     LOSS OF TELEPH. PRIV 090 DAYS
                                                       FROM 00/00/00 THRU 09/02/99
                                                     LOSS OF COMM. PRIV.  090 DAYS
                                                       FROM 00/00/00 THRU 09/02/99
                                                     LOSS OF SOC.VST PRIV 060 DAYS
                                                       FROM 00/00/00 THRU 07/04/99
                                                     LOSS OF SOC.CORRESP. 060 DAYS
                                                       FROM 00/00/00 THRU 03/22/99
```

V884 09/06/05  CT DEPT OF CORRECTION – DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N     NUMBER:   00128963

```
                          DISCIPLINARY HISTORY                    PAGE   023
     NUMBER:      128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:   63
     CURRENT LOCATION:   GARNER CI

       DATE    SEQ   FCLTY  OFFENSE(S)            DISPOSITION(S)        AMOUNT(S)
 09 29 1998   01    141   DISOBEY DIRECT ORDER   PUNITIVE SEGREGATION 015 DAYS
                                                  FROM 00/00/00 THRU 11/14/98
                                                 LOSS OF SOC.CORRESP. 060 DAYS
                                                  FROM 00/00/00 THRU 01/21/99
                                                 LOSS OF SOC.VST PRIV 060 DAYS
                                                  FROM 00/00/00 THRU 05/05/99
 08 12 1998   01    141   DESTR. OF PROP. A      PUNITIVE SEGREGATION 015 DAYS
                                                  FROM 00/00/00 THRU 10/07/98
                                                 LOSS OF TELEPH. PRIV 090 DAYS
                                                  FROM 00/00/00 THRU 06/04/99
                                                 LOSS OF COMM. PRIV.  090 DAYS
                                                  FROM 00/00/00 THRU 06/04/99
                                                 LOSS OF SOC.VST PRIV 060 DAYS
                                                  FROM 00/00/00 THRU 03/06/99
                                                 LOSS OF SOC.CORRESP. 060 DAYS
                                                  FROM 00/00/00 THRU 02/20/99
 V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

 TRANSACTION: P/N    NUMBER:   00128963
```

```
                              DISCIPLINARY  HISTORY                    PAGE   024
     NUMBER:      128963  NAME:  ZIEMBA,DUANE WILFORD       TOTAL TICKETS:   63
     CURRENT LOCATION:   GARNER CI

      DATE     SEQ    FCLTY   OFFENSE(S)           DISPOSITION(S)          AMOUNT(S)
08  11  1998   01     141    ATT. ESCAPE          PUNITIVE SEGREGATION  015 DAYS
                                                   FROM 00/00/00 THRU 09/22/98
                                                  LOSS OF TELEPH. PRIV  090 DAYS
                                                   FROM 00/00/00 THRU 03/06/99
                                                  LOSS OF COMM. PRIV.   090 DAYS
                                                   FROM 00/00/00 THRU 03/06/99
                                                  LOSS OF SOC.VST PRIV  060 DAYS
                                                   FROM 00/00/00 THRU 01/05/99
                                                  LOSS OF SOC.CORRESP.  060 DAYS
                                                   FROM 00/00/00 THRU 12/22/98



V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00128963
```

```
                              DISCIPLINARY HISTORY                    PAGE  025
    NUMBER:      128963   NAME: ZIEMBA,DUANE WILFORD      TOTAL TICKETS:  63
    CURRENT LOCATION:  GARNER CI

    DATE     SEQ  FCLTY  OFFENSE(S)                DISPOSITION(S)         AMOUNT(S)
08 10 1998   01   141    DESTR. OF PROP.    B      PUNITIVE SEGREGATION 015 DAYS
                                                     FROM 00/00/00 THRU 09/07/98
                                                   LOSS OF TELEPH. PRIV 090 DAYS
                                                     FROM 00/00/00 THRU 12/06/98
                                                   LOSS OF COMM. PRIV.  090 DAYS
                                                     FROM 00/00/00 THRU 12/06/98
                                                   LOSS OF SOC.VST PRIV 060 DAYS
                                                     FROM 00/00/00 THRU 11/06/98
                                                   LOSS OF SOC.CORRESP. 060 DAYS
                                                     FROM 00/00/00 THRU 10/23/98
07 24 1998   02   136    DISOBEY DIRECT ORDER      PUNITIVE SEGREGATION 005 DAYS
                                                   LOSS OF SOC.VST PRIV 060 DAYS
                                                   LOSS OF TELEPH. PRIV 090 DAYS


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963
```

```
                            DISCIPLINARY HISTORY                    PAGE  026
    NUMBER:     128963    NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:  63
    CURRENT LOCATION:  GARNER CI

     DATE     SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)         AMOUNT(S)
07 24 1998    01    136    INTERF.W/SAFE SECURT     PUNITIVE SEGREGATION 015 DAYS
                                                    LOSS OF SOC.CORRESP. 060 DAYS
                                                    LOSS OF COMM. PRIV.  090 DAYS
07 22 1998    01    136    INTERF.W/SAFE SECURT     PUNITIVE SEGREGATION 015 DAYS
                                                    LOSS OF GOOD TIME    090 DAYS
07 19 1998    01    136    CAUSING DISRUPTION       PUNITIVE SEGREGATION 015 DAYS
                                                    LOSS OF SOC.CORRESP. 060 DAYS
                                                    LOSS OF SOC.VST PRIV 030 DAYS
07 18 1998    01    136    DISOBEY DIRECT ORDER     CONFINED TO QUAR/UNT 030 DAYS
                                                    LOSS OF TELEPH. PRIV 060 DAYS
03 10 1998    01    114    CAUSING DISRUPTION       PUNITIVE SEGREGATION 010 DAYS
                                                       FROM 00/00/00 THRU 04/17/98
                                                    CONFINED TO QUAR/UNT 020 DAYS
                                                       FROM 00/00/00 THRU 05/06/98


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963
```

```
                          DISCIPLINARY HISTORY                   PAGE   027
    NUMBER:      128963   NAME: ZIEMBA, DUANE WILFORD    TOTAL TICKETS:  63
    CURRENT LOCATION:  GARNER CI

    DATE     SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)         AMOUNT(S)
03 09 1998   02   114     THREATS                 PUNITIVE SEGREGATION 015 DAYS
                                                    FROM 00/00/00 THRU 04/07/98
                                                  LOSS OF SOC.CORRESP.  060 DAYS
                                                    FROM 00/00/00 THRU 05/12/98
                                                  LOSS OF RECREATION    030 DAYS
                                                    FROM 00/00/00 THRU 06/05/98
03 09 1998   01   114     FLAGRANT DISOBED.       PUNITIVE SEGREGATION 015 DAYS
                                                    FROM 00/00/00 THRU 03/23/98
                                                  LOSS OF SOC.VST PRIV 030 DAYS
                                                    FROM 00/00/00 THRU 05/16/98
                                                  LOSS OF TELEPH. PRIV 030 DAYS
                                                    FROM 00/00/00 THRU 06/05/98


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963
```

```
                          DISCIPLINARY HISTORY              PAGE  028
      NUMBER:     128963   NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:   63
      CURRENT LOCATION:   GARNER CI

     DATE    SEQ   FCLTY   OFFENSE(S)          DISPOSITION(S)          AMOUNT(S)
01 05 1998    01    140    THREATS             PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 01/19/98
                                               LOSS OF GOOD TIME    075 DAYS
                                               LOSS OF TELEPH. PRIV 030 DAYS
                                                 FROM 00/00/00 THRU 02/20/98
                                               LOSS OF SOC.CORRESP. 030 DAYS
                                                 FROM 00/00/00 THRU 02/20/98
09 12 1997    01    141    INTERF.W/SAFE SECURT PUNITIVE SEGREGATION 015 DAYS
                                                 FROM 00/00/00 THRU 10/18/97
                                               LOSS OF SOC.CORRESP. 030 DAYS
                                                 FROM 00/00/00 THRU 11/02/97
                                               LOSS OF TELEPH. PRIV 030 DAYS
                                                 FROM 00/00/00 THRU 11/17/97
                                               LOSS OF GOOD TIME    090 DAYS


V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:   00128963
```

```
                          DISCIPLINARY HISTORY              PAGE   029
    NUMBER:      128963   NAME:  ZIEMBA,DUANE WILFORD   TOTAL TICKETS:   63
    CURRENT LOCATION:     GARNER CI
```

| DATE | SEQ | FCLTY | OFFENSE(S) | DISPOSITION(S) | AMOUNT(S) |
|------|-----|-------|-----------|----------------|-----------|
| 09 09 1997 | 01 | 125 | FIGHTING | PUNITIVE SEGREGATION | 015 DAYS |
| | | | | FROM 00/00/00 THRU 09/23/97 | |
| | | | | LOSS OF GOOD TIME | 090 DAYS |
| 06 26 1996 | 01 | 127 | CONTRABAND CLASS B | LOSS OF GOOD TIME | 030 DAYS |
| 06 18 1995 | 01 | 121 | FIGHTING | PUNITIVE SEGREGATION | 007 DAYS |
| | | | | CONFINED TO QUAR/UNT | 015 DAYS |
| | | | | FROM 00/00/00 THRU 07/12/95 | |
| | | | | LOSS OF SOC.CORRESP. | 030 DAYS |
| | | | | FROM 00/00/00 THRU 07/28/95 | |
| 05 24 1993 | 01 | 121 | DISOBEY DIRECT ORDER | PUNITIVE SEGREGATION | 005 DAYS |
| | | | | FROM 00/00/00 THRU 05/29/93 | |
| | | | | LOSS OF SOC.CORRESP. | 030 DAYS |
| | | | | FROM 00/00/00 THRU 06/27/93 | |

V884 09/06/05  CT DEPT OF CORRECTION – DISCIPLINARY HISTORY, RT67.

TRANSACTION: P/N    NUMBER:  00128963

```
                          DISCIPLINARY HISTORY                    PAGE   030
     NUMBER:      128963    NAME: ZIEMBA,DUANE WILFORD    TOTAL TICKETS:  63
     CURRENT LOCATION:   GARNER CI

      DATE    SEQ   FCLTY   OFFENSE(S)              DISPOSITION(S)       AMOUNT(S)
10 08 1987   01    111    POSN DRGS/I-SUB/PARA   CONFINE TO QUARTERS   015 DAYS
                          CONTRABAND (C)          GOODTIME LOSS         060 DAYS
07 23 1987   01    111    CONTRABAND (A)          CONFINE TO QUARTERS   007 DAYS
                          CREATING DISTURBNCE     GOODTIME LOSS         005 DAYS
                                                  SUSPENDED
06 05 1987   01    111    CONTRABAND (A)          LOSS OF RECREATION    010 DAYS
                                                   FROM 00/00/00 THRU 06/16/87
03 31 1987   01    121    DISOBEYNG DRCT ORDER    SUSPENDED
                          INSULTING LANGUAGE      SUSPENDED
                                                   FROM 00/00/00 THRU 04/16/87
```

```
V884 09/06/05  CT DEPT OF CORRECTION - DISCIPLINARY HISTORY, RT67.
DISCIPLINARY DISPLAYS -
TRANSACTION: RT67   NUMBER:  00128963
```