

# CONNECTICUT DEPARTMENT OF CORRECTION



ABOUT US   PROGRAMS AND SERVICES   PUBLICATIONS   FORMS   CONTA

DOC Search: 

Advanced Search

- BERGIN CI
- BRIDGEPORT CC
- BROOKLYN CI
- CHESHIRE CC
- CORRIGAN - RADGOWSKI CC
- ENFIELD CI
- GARNER CI
- GATES CI
- HARTFORD CC
- MACDOUGALL - WALKER CI
- MANSON YI
- NEW HAVEN CC
- NORTHERN CI
- OSBORN CI
- ROBINSON CI
- WEBSTER CI
- WILLARD-CYBULSKI CI
- YORK CI
- BACK TO MAIN MENU

**Department of Correction**
24 Wolcott Hill Road
Wethersfield,
CT 06109

**General Information**
Telephone:
860-692-7480

**Public Information Office**
Telephone:
(860) 692-7780
Fax:
(860) 692-7783
E-Mail:
doc.pio@po.state.ct.us

**Recruitment**

# Northern Correctional Institution

**Address:** 287 Bilton Road,
POB 665
Somers, CT 06071
Directions.

**Phone:** (860) 763-8600

**Fax:** (860) 763-8651

**Security:** Level 5

**Warden:** Wayne Choinski (Warden's information)
**Major:** Jeffrey E. McGill
Esther Torres
Terence Rose

## Population as of July 1, 2005:

| | |
|---|---|
| Accused: | 73 |
| Sentenced: | 276 |
| Total: | 349 |

## General Information:

The Northern Correctional Institution is the designated restrictive housing facility for the Connecticut Department of Correction, managing those inn who have demonstrated a serious inability to adjust to confinement posin threat to the safety and security of the community, staff and other inmat

The Northern Correctional Institution provides a highly structured, secure humane environment while affording inmates an opportunity through pos behavior and program participation to return to a less restrictive facility.

The Security Risk Group Safety Threat Member program was relocated fr Garner Correctional Institution in order to centralize restrictive housing functions. In response to this, and with a commensurate increase in the r of young offenders, the facility more than doubled the size of its educatio staff in order to serve those inmates who fall under federal mandates anc require special education.

Telephone:
(860)-692-7600
Fax:
(860)-692-7615
E-Mail:
doc.recruitment@
po.state.ct.us

**Inmate Trust Fund**
P.O. Box 290800
Wethersfield, CT 06129-0800
Telephone:
(860)-692-7670

**Agency Telephone Numbers**

Go to Organization above

Description of Administrative Segregation and Close Custody Programs (PDF, KB)

This is Connecticut's only level 5 maximum-security facility for adult male inmates. It is situated on 20-acres immediately adjacent to the Osborn Correctional Institution.

Present staffing: 286.

Listing of the inmate programs available at this facility (PDF, 162 KB).

## History:

It was completed in January of 1995 and received its first inmates in March 1995.

In 1995, Connecticut's death row inmates were moved to the Northern Correctional Institution from the Osborn Correctional Institution where they were previously housed.

February of 1997 marked the arrival of the Chronic Disciplinary Unit.

November of 1999 marked the arrival of the Special Risk Group Threat population.

In November of 2000, the Chronic Disciplinary Unit was removed from the facility.

In September of 2004, the Chronic Disciplinary Unit was returned to Northern CI.

## List of past wardens:

| | |
|---|---|
| 1995-1995 | David May |
| 1995-1996 | Robert Kupec |
| 1996-1999 | Giovanny Gomez |
| 1999-2003 | Larry J. Myers |

Content Last Modified on 7/18/2005 7:46:15 AM