United States District Court
District Of Connecticut        FILED

Duane Ziemba              Civil Action No.

                          2005 OCT 13 P 3:47

Vs.                       3:02 cv 02216 (DJS)(TPS)

                          U.S. DISTRICT COURT
                          HARTFORD, CONN

John Armstrong, et al.    October 10, 2005

Plaintiff's Motion For An Extension Of Time
To File A Response To Defendants' Motion
For Summary Judgment

The plaintiff hereby respectfully moves this honorable Court for a 30 day extension of time up to and including November 11, 2005, to file a response to the defendants' pending motion for summary judgment. In support of this motion the plaintiff represents the following:

This is the 1st motion requesting an extension of time. Plaintiff's response is presently due on or about 10/12/05. Because the defendants' motion is so voluminous, the plaintiff needs a 30 day extension of time to file his response thereto.

Wherefore, a 30 day extension of time should be allowed and granted.

Respectfully Submitted
The Plaintiff, *Duane Ziemba*
Duane Ziemba #128963
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 10th day of October 2005 :

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

-2-