United States District Court
District of Connecticut     FILED

2005 NOV -3  P 4: 32

Duane Ziemba          | Civil Action No.
                      | 3:02 cv 02216 (DJS)(TPS)
vs.                   |
                      |
John Armstrong, et al.| November 1, 2005

## Plaintiff's Motion In Opposition To Defendants' Motion For Summary Judgment

The plaintiff hereby respectfully opposes the defendants' motion for summary judgment in its entirety. The defendants' motion is demonstratively patently frivolous, and as a matter of law, therefore should be denied.

Accompanying this motion in support is a Memorandum of law, a Local Rule 56(a)2 Statement, affidavits, and other documentary evidence.

Respectfully Submitted
The Plaintiff
Duane Ziemba/Duane Ziemba #128963
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 1st ~~it~~ day of November 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

-2-