<u>United States District Court</u>
<u>District Of Connecticut</u>

FILED
2005 NOV -3  P 4: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| Duane Ziemba | Civil Action No. 3:02 cv 02216 (DJS) (TPS) |
| VS. | |
| John Armstrong, et al. | November 1, 2005 |

<u>Plaintiff's Affidavit In Support Of Opposition</u>
<u>To Defendants' Motion For Summary Judgment</u>

I, Duane Ziemba, hereby declare under penalty of perjury:

1. I have never been a management problem for the Department Of Correction prison Officials. The facts and evidence prove, overwhelmingly, that it is the CT. prison officials who have directly created the numerous incidents through their malicious abuse to me, retaliation, and known gross corruption. My actions thereto were never to assault anyone, however I did destroy state property and took other action which was clearly reasonable and justified under the horrific circumstances.

a. I have been subjected to the most grotesque,

malicious and pervasive retaliation by the CT. DOC prison officials that one can imagine.

3. I am a non-violent offender incarcerated for larceny. While incarcerated I have never attempted to or assaulted any Department employee, or physically harmed any other inmate or staff.

4. Moreover: I have never been a management problem for DOC officials.

5. At the DOC notorious Kangaroo Court I have been falsely found guilty of: Assault on a DOC employee, 3 false Attempted Assault on a DOC employee, threats, interfering with safety and security, and attempted escape. Indeed, the videotapes, witnesses, and other evidence substantiates that I did not ever assault or even attempt to any DOC employee. Furthermore I did not attempt to escape. 99% of the DOC Kangaroo Court disciplinary charges against me are in fact: retaliatory, false, abusive, and corrupt in nature due to the notoriously known CT. DOC corrupt prison officials.

6. The cells at Northern C.I. are too small to engage in exercise in. They contain a cell

-2-

partner, two bunk beds, a toilet, a sink, desk, stool and two large lockers. The size of the cells are only approximately 60 square feet.

7. I did not tell any Nevada medical staff that I had a back injury prior to my incarceration.

8. On March 9, 1998 the DOC prison officials violently beat me in a sallyport. They embedded boot prints, bruising into my back, inter alia. See Civil Action No. 3:00 cv 391 (HBF) (JCH). As a result I was in a hospital bed for a week. And since this incident my back and spinal column has been seriously permanently injured. I have attempted to seek humane, proper, and adequate medical care since this incident, but its been deliberately denied and I have been repeatedly injured and hurt further due to the horrific abuse to my back by DOC officials.

9. On May 18, 2002 I was transferred to Northern. It's policy that all inmates are conducted out of their cells in full restraints. The guards open food trap in cell door(s) and you must back up to it, with both arms/hands behind back, bend down low due to traps are

- 3 -

low near floor, and place hands out trap to thereby be handcuffed behind the back. It is the above which exacerbated my serious back condition. From May 18, 2002 until April 20, 2003, almost every single day and numerous times per day I was physically forced to go to cell door trap, and they forcefully handcuffed me behind my back. If I tried to explain my serious medical condition they threatened to mace me and four point me unless I complied and let them forcefully handcuff me behind my back. It caused excruciating pain, and sharp pain to shoot down my legs and arms, and up into my neck.

10. I did from May 18, 2002 forward verbally, and through numerous request, letters, grievances and appeals inform defendants Armstrong, Tokars, Matos, Myers, Coates, Lajoie, Whidden, Oglesby, Blanchette, Dr. Wright and Wollenhaupt of my back is seriously injured and each time that their staff forcefully handcuff me behind my back it further seriously injures my back, causing severe pain. All of these defendants failed and refused remedy this wrong, by intentionally not ordering their staff to handcuff me in the front

-4-

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed: *Duane Ziemba*
Duane Ziemba #128963

Dated: November 1, 2005

Respectfully Submitted
*D. Ziemba* / Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 1th day of November 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
Duane Ziemba

-5-