<u>United States District Court</u>
<u>District Of Connecticut</u>   FILED

Duane Ziemba          | Civil Action No.    2005 NOV -3 P 4:33
                      | 3:02 cv 02216 (DJS)(TPS)
vs.                   |
                      |
John Armstrong, et al.| November 1, 2005

<u>Exhibits -- Affidavit Of Plaintiff In Support
Of Plaintiff's Opposition To Defendants'
Motion For Summary Judgment</u>

I, Duane Ziemba, hereby declare under penalty of perjury:

1. Attached hereto as Exhibit A is a true and correct copy of defendant John Armstrong's responses to plaintiff's Request For Admissions Dated July 17, 2004;

2. Attached hereto as Exhibit B is a true and correct copy of defendant John Armstrong's responses to Request For Admissions Dated January 22, 2004;

3. Attached hereto as Exhibit C is a true and

correct copy of defendant John Armstrong's responses to Interrogatories Dated March 9, 2004;

4. Attached hereto as Exhibit D is a true and correct copy of Request For Admissions served on defendant Jack Tokarz dated January 22, 2004 and his responses thereto dated April 2, 2004;

5. Attached hereto as Exhibit E is a true and correct copy of Request For Admissions served on defendant Patty Wollenhaupt dated January 22, 2004 and her responses thereto dated April 7, 2004;

6. Attached hereto as Exhibit F is a true and correct copy of defendant Patrica Wollenhaupt's responses to Interrogatories Dated October 18, 2004;

7. Attached hereto as Exhibit G is a true and correct copy of defendant Wright's responses to Request For Admissions Dated September 24, 2004;

8. Attached hereto as Exhibit H is a true and correct copy of defendant Wright's responses to Request For Admissions Dated December 29, 2004;

-2-

9. Attached hereto as Exhibit I is a true and correct copy of defendant Wright's responses to Interrogatories Dated April 26, 2004;

10. Attached hereto as Exhibit J is a true and correct copy of defendant Thomas Coates' responses to Request For Admissions Dated May 2, 2004;

11. Attached hereto as Exhibit K is a true and correct copy of defendant Christine Whidden's responses to Interrogatories Dated July 19, 2004;

12. Attached hereto as Exhibit L is a true and correct copy of defendant Dennis Oglesby's responses to Interrogatories Dated July 19, 2004.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed: Duane Ziemba
Duane Ziemba
Dated: November 1, 2005
Respectfully Submitted
Duane Ziemba/Duane Ziemba
Garner C.I. 50 Nunnawauk Rd.
Newtown, CT. 06470

-3-

<u>Certification</u>

I hereby certify that a copy of the foregoing including all Exhibits was mailed to the following on this 1st day of November 2005:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
    Duane Ziemba

- 4 -