<u>United States District Court</u>
<u>District Of Connecticut</u>   FILED

2006 JAN 24  P 4:28

U.S. DISTRICT COURT

Duane Ziemba | Civil Action No.
| 3:02 cv 02216 (DJS) (TPS)
VS. |
|
John Armstrong, et al. | January 20, 2006

<u>Plaintiff's Response To Court's Order Dated</u>
<u>January 17, 2006 ; And Requested Permission</u>
<u>To Refile A Copy Of Plaintiff's Motion In</u>
<u>Opposition To Defendants' Motion For</u>
<u>Summary Judgment</u>

I. <u>Summary Of Facts</u>

The defendants by motion dated September 12, 2005 moved for Summary judgment.
The pro se plaintiff filed a Motion for an extension of time up to and including November 11, 2005 to file his response.

The plaintiff diligently completed his more than 337 page Motion In Opposition To Defendants' Motion For Summary Judgment -- on November 1, 2005 (Costs to copy was $188.50 receipt proves) and he

Sealed the Original (to Court) and a copy (to Counsel for defendants) in two huge U.S. legal mail envelopes. Both envelopes per policy he gave to the CT. DOC prison officials to be mailed out; the Original to the Court and a certified copy to Counsel for the defendants.

On this above date (1/20/06) the plaintiff received this honorable Court's Order dated January 17, 2006 which made him aware that the Court did not receive his "Motion In Opposition To Defendants' Motion For Summary Judgment."
Accordingly, plaintiff has filed this motion and also has forwarded Counsel for the defendants a letter to inquire whether or not she received her copy of the said motion?
The plaintiff due to his meritorious litigation, has in fact, been subjected to the most grotesque, malicious and pervasive retaliation by the Office of Attorney General and DOC prison officials that one can imagine — — they violently broke his (R) wrist last year to stop him from writing, inter alia, have and continue to steal his incoming and outgoing U.S. mail.

Wherefore, the plaintiff respectfully moves this honorable Court to grant an order for two essential things:

(1) An Order granting him permission to file a copy of his motion in opposition to defendants' motion for Summary judgment with the Court, and not the original because the original was Unconstitutionally Stolen. Plaintiff will sign an original signature to the copy, with a new certification; and

(2) To grant him an extension of time up to and including March 10, 2006 to re-copy said motion and via legal mail mail to the Court and counsel for the defendants.
If plaintiff can do so sooner he certainly will do so.

Respectfully Submitted,
Duane Ziemba / Duane Ziemba #128963
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of January 2006:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: *Duane Ziemba*
    Duane Ziemba