<u>United States District Court</u>
<u>District Of Connecticut</u> FILED

Duane Ziemba | Civil Action No.
                | 3:02 cv 02216 (DJS) (TPS)
VS.             |
                |
John Armstrong, et al. | February 15, 2006

2006 FEB 17 P 4:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

<u>Plaintiff's Supplemental Motion For Extension Of Time To Re-File His Motion In Opposition To Summary Judgment</u>

The plaintiff hereby moves this honorable Court for an extension of time up to and including March 17, 2006, to re-file his motion in opposition to the defendants' motion for summary Judgment. In Support of this motion the plaintiff represents the following facts:

1. Defendants by motion dated September 12, 2005 moved for summary judgment.

2. Plaintiff thereafter filed a motion for an extension of time to November 11, 2005 to file his response thereto.

3. Plaintiff diligently completed his very meritorious motion in opposition (over 337 pages) on November 1, 2005 -- (Cost of copying receipt proves was $188.50) and he Sealed the original (to the Court) and a copy (to counsel for defendants) in two huge U.S. legal mail envelopes. Both said envelopes per policy he gave them to the prison officials to mail out (but in retaliation they stole this important legal mail and did not mail it out).

4. On January 20, 2006 plaintiff received this honorable Court's order dated 1/17/06 -- which made him aware that the Court did not receive his "Motion In Opposition".

5. Thereon January 20, 2006 plaintiff immediately filed his motion: "Plaintiff's Response To Court's order Dated January 17, 2006; And Requested Permission To ReFile A Copy Of Plaintiff's Motion In Opposition To Defendants' Motion For Summary Judgment."
 This motion has not been ruled on yet, and 1st it must be before plaintiff can re-file a copy of his motion in opposition, because he needs permission to file a copy.

-2-

6. Additionally, plaintiff has respectfully addressed this serious matter to Counsel for the defendants Lynn D. Wittenbrink, however, she has <u>known</u> highly questionable ethics and utter, uniform lack of integrity -- and has deliberately failed to respond with respect to: "did she receive her certified copy of the plaintiff's motion in opposition?"

Wherefore, plaintiff should be granted until March 17, 2006 to re-file his motion in opposition, or 20 days following Court's ruling on his motion dated 1/20/06 ("Plaintiff's Response To Court's Order" Dated 1/17/06).

Respectfully Submitted
The Plaintiff
*Duane Ziemba*
Duane Ziemba #128963
Garner C.I.
50 Nunnawauk Road
Newtown, CT. 06470

-3-

## Certification

I hereby that a copy of the foregoing was mailed to the following on this 15th day of February 2006:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105


By: *Duane Ziemba*
    Duane Ziemba