<u>United States District Court</u>
<u>District Of Connecticut</u>

Duane Ziemba | Civil Action No.
              | 3:02 cv 02216 (DJS)(TPS)
VS.           |
              |
John Armstrong, et al. | March 8, 2006

<u>Plaintiff's Supplemental Motion For Extension</u>
<u>Of Time To Re-File His Motion In</u>
<u>Opposition To Summary Judgment</u>

Plaintiff hereby moves for a thirty (30) day extension of time to re-file his motion in opposition to defendants' motion for Summary judgment -- thirty days following the Court's ruling on his pending motion: "Dated January 20, 2006 - Plaintiff's Response To Court's Order Dated 1/17/06 And Requested Permission To Refile A Copy Of Motion In Opposition To Defendants' Motion For Summary Judgment."

In Support of this motion the plaintiff entreats this honorable Court to apply the facts therein his two previously filed motions for extensions of time dated 1/20/06 and 2/15/06.

Wherefore, following the Court's ruling on plaintiff's pending motion dated 1/20/06: "Plaintiff's Response To Court's Order And Requested Permission To Refile Opposition", the ~~plaintiff~~ plaintiff should be granted thirty days in which to Refile his motion in Opposition to summary judgment.

Respectfully Submitted
Duane Ziemba/Duane Ziemba
Garner C.I. 50 Nunnawauk Road
Newtown, CT. 06470

### Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of March 2006:

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

By: Duane Ziemba
Duane Ziemba

-2-