UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DUANE ZIEMBA** : | CIVIL ACTION NO. |
| : | 3:02 CV 02216 (DJS) |
| **Plaintiff,** : | |
| : | |
| V. : | |
| : | |
| JOHN J. ARMSTRONG, EDWARD : | |
| BLANCHETTE, BURCASTLE, BRYAN : | |
| CASTLE, THOMAS COATES, MICHAEL : | |
| LAJOIE, PETER MATOS, LARRY MYERS, : | |
| DENNIS OLGESBY, JACK TOKARZ, : | |
| CHRISTINE WHIDDEN, PATTY : | |
| WOLLENHAUPT AND WRIGHT : | |
| : | |
| **Defendants.** : | MAY    , 2006 |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)

The parties, having resolved this matter, agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1) of Federal Rules of Procedure with prejudice.

The Plaintiff,                                          The Defendants,

_Duane Ziemba_ May 11, 2006                             _Lynn D. Wittenbrink_
Duane Ziemba                                            Lynn D. Wittenbrink
274 Plaza Drive                                         Attorney General's Office
Middletown, CT 06457                                    110 Sherman Street
Pro Se                                                  Hartford, CT 06105-2294
                                                        (860)808-5450
                                                        (860)808-5591 (fax)
                                                        lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed postage pre-paid first class to:

Duane Ziemba
274 Plaza Drive
Middletown, CT 06457

Jim Nugent, Esq.
Nugent & Bryant
236 Boston Post Road
Orange, CT 06477

5-15-06
_____
Date

~~Lynn D. Wittenbrink~~
Matthw Beizer, AAG