UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUANE ZIEMBA            :
    Plaintiff

v.                      : CIVIL NO.: 3:02cv2216(DJS)

JOHN J. ARMSTRONG, ET AL  :
    Defendants

## ORDER OF DISMISSAL

The Stipulation of Dismissal (Doc. #73) with prejudice is hereby **GRANTED**. The Clerk shall **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___17th___ day of May, 2006.

                        /s/DJS
                        Dominic J. Squatrito
                        United States District Judge